# EXHIBIT A

IN THE CIRCUIT COURT FOR Baltimore County
                                                                    (City or County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

**Plaintiff:** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
    **Defendant:** You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

**FORM FILED BY:** ☒ PLAINTIFF  ☐ DEFENDANT     **CASE NUMBER** _____
                                                                    (Clerk to insert)
**CASE NAME:** EVAN RANDALL HUGGINS TRUST ©             vs.   ROUNDPOINT MORTGAGE SERV. CORP.
                     Plaintiff                                Defendant
**PARTY'S NAME:** :Evan-Randall: of the Huggins© Family           **PHONE:** 443-743-5981
**PARTY'S ADDRESS:** c/o 1001 Frederick Rd. Catonsville, Maryland near [21228]
**PARTY'S E-MAIL:** avx10565@gmail.com
**If represented by an attorney:**
**PARTY'S ATTTORNEY'S NAME:** N/A                                 **PHONE:** _____
**PARTY'S ATTTORNEY'S ADDRESS:** _____
**PARTY'S ATTTORNEY'S E-MAIL:** _____
**JURY DEMAND?** ☐ Yes  ☒ No
**RELATED CASE PENDING?** ☐ Yes  ☒ No  If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** _____ hours _____ days

### PLEADING TYPE

**New Case:** ☒ Original    ☐ Administrative Appeal    ☐ Appeal
**Existing Case:** ☐ Post-Judgment    ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY *(Check one box.)*

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of
    Youngest Plt:_____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specfic Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment
    (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
    ☐ Commercial
    ☐ Residential
    ☐ Currency or Vehicle
    ☐ Deed of Trust
    ☐ Land Installments
    ☐ Lien
    ☐ Mortgage
    ☐ Right of Redemption
    ☐ Statement Condo
☐ Forfeiture of Property /
    Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT**
**PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate
    Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☒ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance
    Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☒ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☒ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☒ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☒ Financial Exploitation | ☐ Liability | ☒ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☒ Order | ☐ Writ-Execution |
| ☒ Cease & Desist Order | ☐ Injunction | ☒ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☒ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☒ Writ-Habeas Corpus |
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☒ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☒ Damages-Punitive | ☒ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.     ☐ Liability is not conceded, but is not seriously in dispute.     ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000          ☐ $10,000 - $30,000          ☐ $30,000 - $100,000          ☒ Over $100,000

☐ Medical Bills $ _ _ _ _ _ _ _       ☐ Wage Loss $ _ _ _ _ _ _       ☐ Property Damages $ _ _ _ _ _ _ _

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
| | | | |
|---|---|---|---|
| A. Mediation | ☐ Yes ☐ No | C. Settlement Conference | ☒ Yes ☐ No |
| B. Arbitration | ☐ Yes ☐ No | D. Neutral Evaluation | ☐ Yes ☐ No |

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL.***

### *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of          ☐ **Standard** - Trial within 18 months of

Defendant's response                               Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☒ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

July 25, 2022
_____
Date

_____ Personal Rep.
Signature of Counsel / Party          Attorney Number
UCC-308

c/o 1001 Frederick Rd.
_____
Address

EVAN RANDALL HUGGINS TRUST ©
Printed Name

Catonsville          Maryland   [21228]
_____
City          State          Zip Code

## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | | |
|---|---|---|
| *EVAN RANDALL HUGGINS TR.©,* | * | |
| | * | |
| % 1001 Frederick Rd | * | |
| Catonsville Md [21228] | * | |
|      Plaintiff | * | |
|      Secured Party, | * | |
| | * | |
| v. | * | CASE NO. _____ |
| | * | |
| ROUNDPOINT MORT. SERV. | * | |
| *CORP. et al.,* | * | |
| | * | |
| 446 WREN PLACE RD | * | |
| FORTMILL SC 29715 | * | |
|      Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## 'COMPLAINT' / CLAIM

**I.**  **R.E.S.P.A.; 12 C.F.R**

On April 30th, 2022 ROUNDPOINT MORTGAGE SERVICING CORPORATION was given constructive notice of actual verified errors on account(s) said to be associated with EVAN R HUGGINS and bearing the number # 1004268338. The constructive legal notice serves as a good-faith memorandum of understanding / resolution agreement of mutual intents between the parties for settlement and closure of any outstanding amounts existing on record and associated with the herein named principal, that may be dented to be in violation of public lawful security interests and applicable protections codified into Federal Law and Regulations: 12 C.F.R § 1024.35, 12 C.F.R § 1026.18, 12 C.F.R §

CORPORATION replied in response to email transmittal (sent confidentially and with designation: ATTN CFO] stating that no such account could be located for EVAN R HUGGINS 5942 TALBOTT STREET BALTIMORE MD 21207 Acct # 1004268338 (see attached record for itemized critical errors and violations).

**II.**    **In accordance with 12 C.F.R. SS 1024.35 - Error resolution procedures.**

Plaintiff EVAN RANDALL HUGGINS TO TRUST © via Authorized Trust Representative(s), duly notified DEFENDANT ROUNDPOINT MORTGAGE SERVICING CORPORATION via registered mail #'s RE 104823610 US & RE 104823623 US of Claimant's Qualified Written [request] Claim, by prerogative writ entitled "LEGAL NOTICE OF ERROR" and in accordance with 12 C.F.R. § 1024.35(a) (UNITED STATES CODE TITLE 12 CHAPTER 27 § 2605), which is presently confirmed by the corresponding U.S.P.S address for pick-up as of elapsed date Friday June 10th 2022 (evidence outlined in attachments submitted for the record [DOS-2098f-f(06/19)]).

Respectfully,

From The Desk Of The Evan-Randall: Huggins© Family Trust Office

*Secured Party of Record*, Private Representative

AGENT | P.O.A.I.F. Reservation of Rights Protected. Copyright 2022.

U.C.C. Article 1-103.6 | U.C.C. Article 1-308 | U.C.C. Article 3-402 | U.C.C. Article 9

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this  day of July 21, 2022 a copy of the foregoing was mailed by first class mail, postage prepaid, to:

<div align="right">

ROUNDPOINT MORTGAGE SERVICING CORPORATION

ATTN: CFO Mark S. Zeidman

446 WREN PLACE RD

FORT MILL SC 29715

</div>

MARYLAND JUDICIARY

☐ COURT OF APPEALS   ☐ COURT OF SPECIAL APPEALS
☒ CIRCUIT COURT   ☐ DISTRICT COURT OF MARYLAND FOR _Baltimore_ ☐
                                              City/County
Located at _401 Bosley Ave Towson MD 21204_
                Court Address
STATE OF MARYLAND
      OR                                      Case No. _____

_Evan Randall Higgins Trust C_     vs.     _PennyMint Mortgage Srv Corp._
    Plaintiff/Petitioner                                  Defendant/Respondent

## NOTICE REGARDING RESTRICTED INFORMATION PURSUANT TO RULE 20-201.1

→Please **DO NOT** use this form to file into the following case types: Adoption, Emergency Evaluation, Extreme Risk Protective Order (ERPO), Guardianship, Juvenile, or a Criminal Case in which a Motion to Transfer Jurisdiction to the Juvenile Court is pending. By rule or statute these case types are not subject to inspection.

Title of confidential submission: _Complaint plus filing Evidence/Exhibits_

☒ 1. **RESTRICTED DOCUMENT - The entire document is not subject to inspection.**
  ☐ **Child Abuse/Neglect:** record created by an agency concerning child abuse or neglect required by statute to be kept confidential. *Rule 16-914(d); Family Law Article, § 5-707; Human Services, § 1-202 and § 1-203*
  ☒ **Financial Information:** information about the finances of an individual, including assets, income, liabilities, net worth, bank balances, financial history or activities, or creditworthiness. *General Provisions Article, § 4-336*
  ☒ **Financial Statement:** filed pursuant to Rule 9-202, a Child Support Guidelines Worksheet filed pursuant to Rule 9-206, or a Joint Statement of Marital and Non-marital Property filed pursuant to Rule 9-207. *Rule 16-914(l)*
  ☐ **Hearing Closed to the Public:** recording/transcript of hearing closed to the public. *Rule 16-914(g)*
  ☐ **Marital Property:** Joint Statement of Marital and Non-Marital Property. *Rule 16-914(l)*
  ☐ **Marriage License Application:** until the effective date of the license. *Rule 16-912(c)*
  ☐ **Medical Report:** or other correspondence from a doctor or health care professional. *Rule 16-914(i)*
  ☐ **Parenting Plan/Joint Statement:** prepared and filed under Rules 9-204.1 and 9-204.2. *Rule 16-914(o)*
  ☐ **Peace Order Denied/Dismissed/Consented - Shielded:** case records shielded under Courts Article § 3-1510(b). *Rule 16-914(c)*
  ☐ **Pregnancy - Marriage License Application:** certification of pregnancy of a person under 18 from doctor or nurse practitioner in an application for a marriage license. *Rule 16-912(c)*
  ☐ **Presentence Investigation Report:** (confidential until entered into evidence) *Rule 16-914(f)(6)*
  ☐ **Protective Order Denied/Dismissed/Consented - Shielded:** case records shielded under FL Article § 4-512(b)(2). *Rule 16-914(c)*
  ☐ **Refusal to Testify:** case record maintained under Code, Courts Article, § 9-106 of the refusal of an individual to testify in a criminal action against the individual's spouse. *Rule 16-914(f)(5)*
  ☐ **Sealed or Shielded:** (entire document) by court order. *Rule 16-934 & 16-914(k)(1)*
  ☐ **Sealing or Shielding Motion:** while pending, but not to exceed five (5) business days. *Rule 16-934 & 16-914(k)(2)*
  ☐ **Tax Returns:** state and federal tax returns. *Rule 16-914(j)*
  ☐ **Other:** _____ Rule or Statute: _____
  ☐ **DOCUMENT FROM A CONFIDENTIAL CASE TYPE FILED INTO A NON-CONFIDENTIAL CASE TYPE.**
    Confidential Case type: ☐ Child adoption ☐ Emergency Evaluation ☐ ERPO ☐ Guardianship of a child
    ☐ Juvenile Court case record ☐ Other: (explain) _____

☐ 2. **CONFIDENTIAL INFORMATION - The document itself is subject to public inspection but contains confidential information that is not open to public inspection.**

That information consists of _Tax #'s, Account #'s Loan #'s etc_
                                     (Give a description of the information and not the actual restricted information.)
The information is made confidential by Rule(s) _____ or by court order dated _____
Pursuant to Rules 20-201.1 and 1-322.1, accompanying the document is a redacted version that does not contain the confidential information.

_7/27/2022_                                _Signature_      _Oct 308_
Date                                          Signature         Attorney Number
                                              _Evan Randall Higgins Trust_
                                              Printed Name
Fax                                          _C/o 001 Jandalk Rd_
                                              Address
Telephone Number                      _Catonsville MD 21228_
                                              City, State, Zip
E-mail

MDJ-008 (Rev. 04/2022)

**CIRCUIT COURT FOR** Baltimore County _____ , **MARYLAND**

City/County

Located at 401 Bosley Ave Towson 21204 _____ **Case No.** _____

Court Address

EVAN RANDALL HUGGINS TRUST ©          vs.   ROUNDPOINT MORTGAGE SERV. CORP.

Plaintiff                                                    Defendant

c/o 1001 Frederick Rd. Ste 3166                       446 WRENPLACE Rd

Address                                                    Address

Catonsville Md. [21228] _____           FORT MILL SC 29715 _____

City, State, Zip          Telephone                   City, State, Zip          Telephone

## CERTIFICATE OF SERVICE

I certify that on this ___8th____ day of __June____ , __2022____ , a copy of the

Month                Year

document(s) titled __LEGAL NOTICE OF ERROR PEROGATIVE COUNTERCLAIM__

Title(s) of document(s)

BY VERIFIED WRIT OF ENTRY OF DEFAULT - R.E.S.P.A 12 eC.F.R §1024.35

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

WALTER HOPEWELL IV _____          PO BOX 19409 _____

Name                                                 Address

CHARLOTTE NC 28219

City, State, Zip

ROUNDPOINT MORTGAGE SERV. CORP. ___          PO BOX 19789 _____

Name                                                 Address

Charlotte NC 28219

City, State, Zip

July 25, 2022 _____          _____

Date                                                 Signature of Party Serving

**CC-DR-058** (Rev. 06/2019)

**Registered No.** RE 104 823 623 US

| Postage $ RE 104 823 US | | Extra Services & Fees | Date Stamp |
|---|---|---|---|

Extra Services & Fees
☐ Registered Mail $    $14.30
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $    $0.00
☐ Restricted Delivery $    $0.00

☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Total Postage & Fees $    $14.30

Customer Must Declare Full Value $    $30.00    Received by
06/03/2022

To Be Completed By Post Office

Domestic insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
Trustee
1001 Frederick Rd
#3166
Catonsville, MD 21228

TO
Attn CFO
PO Box 19469
Charlotte NC 28219    28219

PS Form **3806, Registered Mail Receipt**    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

**Registered No.** RE 104 823 610 US

| Postage $ | | Extra Services & Fees | Date Stamp |
|---|---|---|---|

Extra Services & Fees
☐ Registered Mail $    $14.30
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $    $0.00
☐ Restricted Delivery $    $0.00

☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Total Postage & Fees $    $14.30

Customer Must Declare Full Value $    $30.00    Received by
06/03/2022

To Be Completed By Post Office

Domestic insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
Trustee
CATONSVILLE, MD 21228
1001 Frederick Rd
#3166
Catonsville 21228

TO
Attn Loss Mitigation
PO Box 19789
Charlotte NC 28219

PS Form **3806, Registered Mail Receipt**    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

## ATTACHMENT: EVIDENCE OF CONFIRMATION

**Tracking Number:**
RE104823610US

Remove X

This is a reminder to pick up your item before June 24, 2022 or your item will be returned on June 25, 2022. Please pick up the item at the CHARLOTTE, NC 28219 Post Office.

June 15, 2022
CHARLOTTE, NC 28219

**Reminder to pick up your item before June 24, 2022**

June 15, 2022
CHARLOTTE, NC 28219

Get Updates ∨

Text & Email Updates >

Tracking History >

Product Information >

### Tracking History ⟨

June 15, 2022
Reminder to pick up your item before June 24, 2022
CHARLOTTE, NC 28219
This is a reminder to pick up your item before June 24, 2022 or your item will be returned on June 25, 2022. Please pick up the item at the CHARLOTTE, NC 28219 Post Office.

June 13, 2022, 8:20 am
Available for Pickup
CHARLOTTE, NC 28214

June 10, 2022, 8:47 pm
Available for Pickup
CHARLOTTE, NC 28203

June 10, 2022, 8:24 am
Arrived at Post Office
CHARLOTTE, NC 28203

June 9, 2022, 10:37 pm
Arrived at USPS Facility
CHARLOTTE, NC 28228

June 9, 2022, 10:37 pm
Arrived at USPS Facility
CHARLOTTE, NC 28226

June 8, 2022, 10:20 pm
Departed USPS Facility
BALTIMORE, MD 21233

June 8, 2022, 7:33 pm
Arrived at USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

June 8, 2022, 6:50 pm
Departed USPS Regional Facility
LINTHICUM HEIGHTS MD DISTRIBUTION CENTER

June 8, 2022, 6:09 pm
Arrived at USPS Regional Facility
LINTHICUM HEIGHTS MD DISTRIBUTION CENTER

June 8, 2022, 5:30 pm
Departed USPS Facility
CATONSVILLE, MD 21228

June 8, 2022, 4:18 pm
USPS in possession of item
CATONSVILLE, MD 21228

# ATTACHMENT: EVIDENCE OF CONFIRMATION

3:20

Remove X

**Tracking Number:**
RE104623823US

This is a reminder to pick up your item before June 24, 2022 or your item will be returned on June 25, 2022. Please pick up the item at the CHARLOTTE, NC 28219 Post Office.

**Reminder to pick up your item before June 24, 2022**

June 15, 2022
CHARLOTTE, NC 28219

Get Updates ∨

**Text & Email Updates** ＞

**Tracking History** ＜

June 15, 2022
Reminder to pick up your item before June 24, 2022
CHARLOTTE, NC 28219
This is a reminder to pick up your item before June 24, 2022 or your item will be returned on June 25, 2022. Please pick up the item at the CHARLOTTE, NC 28219 Post Office.

June 15, 2022
Reminder to pick up your item before June 24, 2022
CHARLOTTE, NC 28219
This is a reminder to pick up your item before June 24, 2022 or your item will be returned on June 25, 2022. Please pick up the item at the CHARLOTTE, NC 28219 Post Office.

June 13, 2022, 8:21 am
Available for Pickup
CHARLOTTE, NC 28214

June 10, 2022, 8:47 pm
Available for Pickup
CHARLOTTE, NC 28226

June 10, 2022, 8:42 pm
Available for Pickup
CHARLOTTE, NC 28226

June 10, 2022, 8:24 am
Arrived at Post Office
CHARLOTTE, NC 28226

June 9, 2022, 10:37 pm
Arrived at USPS Facility
CHARLOTTE, NC 28226

June 9, 2022, 10:37 pm
Arrived at USPS Facility
CHARLOTTE, NC 28228

June 8, 2022, 10:20 pm
Departed USPS Facility
BALTIMORE, MD 21233

June 8, 2022, 7:33 pm
Arrived at USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

June 8, 2022, 6:50 pm
Departed USPS Regional Facility
LINTHICUM HEIGHTS MD DISTRIBUTION CENTER

June 8, 2022, 6:09 pm
Arrived at USPS Regional Facility
LINTHICUM HEIGHTS MD DISTRIBUTION CENTER

June 8, 2022, 5:30 pm
Departed USPS Facility
CATONSVILLE, MD 21228

June 8, 2022, 4:20 pm
USPS in possession of item
CATONSVILLE, MD 21228

**CIRCUIT COURT FOR** Baltimore County , **MARYLAND**

City/County

Located at 401 Bosley Ave Towson 21204

Court Address                                    **Case No.**

EVAN RANDALL HUGGINS TRUST ©          vs.    ROUNDPOINT MORTGAGE SERV. CORP.

Plaintiff                                              Defendant

c/o 1001 Frederick Rd. Ste 3166                446 WRENPLACE Rd

Address                                               Address

Catonsville Md. [21228]                          FORT MILL SC 29715

City, State, Zip          Telephone            City, State, Zip          Telephone

## CERTIFICATE OF SERVICE

I certify that on this 29th ___ day of June ___ , 2022 ___ , a copy of the

Month          Year

document(s) titled LEGAL NOTICE OF RECISSION

Title(s) of document(s)

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

MERS HOLDINGS INC                              1818 Library Street

Name                                                   Address

                                                       Reston VA 20190

                                                       City, State, Zip

AMERICAN LAND TITLE ASSOCIATION         1800 M STREET NW SUITE 300 S

Name                                                   Address

July 25th 2022                                      WASHINGTON DC 20036-5828

Date                                                   City, State, Zip

                                                       Signature of Party Serving

**CC-DR-058** (Rev. 06/2019)

**CIRCUIT COURT FOR** Baltimore County _____ , **MARYLAND**

City/County

Located at 401 Bosley Ave Towson 21204 _____ **Case No.** _____

Court Address

| | |
|---|---|
| EVAN RANDALL HUGGINS TRUST © ____ | vs. ROUNDPOINT MORTGAGE SERV. CORP. |
| Plaintiff | Defendant |
| c/o 1001 Frederick Rd. Ste 3166 | 446 WRENPLACE Rd |
| Address | Address |
| Catonsville Md. [21228] | FORT MILL SC 29715 |
| City, State, Zip          Telephone | City, State, Zip          Telephone |

## CERTIFICATE OF SERVICE

I certify that on this ___29th___ day of ___June___ , ___2022___ , a copy of the

Month                    Year

document(s) titled ___LEGAL NOTICE OF RECISSION___

Title(s) of document(s)

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

| | |
|---|---|
| CLASSIC SETTLEMENTS | 6 MONTGOMERY VILLAGE AVE STE. 205 |
| Name | Address |
| | GAITHERSBURG MD 20879 |
| | City, State, Zip |
| FIRST AMERICAN TITLE INSURANCE COM | 1 FIRST AMERICAN WAY |
| Name | Address |
| | DALLAS TEXAS 75252 |
| July 25 2022 | City, State, Zip |
| Date | Signature of Party Serving |

CC-DR-058 (Rev. 06/2019)

**CIRCUIT COURT FOR** Baltimore County _____, **MARYLAND**
                                                City/County

Located at 401 Bosley Ave Towson 21204 _____   **Case No.** _____
                        Court Address

EVAN RANDALL HUGGINS TRUST ©          vs.   ROUNDPOINT MORTGAGE SERV. CORP.
Plaintiff                                    Defendant
c/o 1001 Frederick Rd. Ste 3166              446 WRENPLACE Rd
Address                                       Address
Catonsville Md. [21228]                       FORT MILL SC 29715
City, State, Zip          Telephone           City, State, Zip          Telephone


## CERTIFICATE OF SERVICE


I certify that on this __29 th__ _____ day of __July__ _____, __2022__ _____, a copy of the
                                                      Month            Year
document(s) titled __LEGAL NOTICE OF RECISSION, QUITCLAIM DEED__
                                        Title(s) of document(s)


was/were ☒ mailed, postage prepaid ☐ hand delivered, to:


Alan B. Polunsky                              17806 IH 10 WEST
        Name                                         Address
                                              SAN ANTONTIO 78257
                                                    City, State, Zip
PRIME LENDING A PLAINSCAPITAL CO.             18111 PRESTON RD STE 900
        Name                                         Address
                                              DALLAS TEXAS 75252
                                                    City, State, Zip
  July 25th 2022                              _____
        Date                                       Signature of Party Serving


CC-DR-058 (Rev. 06/2019)



7022 0410 0000 3928 5670

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

[illegible]

Certified Mail Fee $ [illegible]
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ [illegible]
☐ Return Receipt (electronic) $ [illegible]
☐ Certified Mail Restricted Delivery $ [illegible]
☐ Adult Signature Required $ [illegible]
☐ Adult Signature Restricted Delivery $ [illegible]
Postage $ [illegible]
Total Postage and Fees $ [illegible]

Postmark Here

Sent To: Plano Lending
Street and Apt. No., or PO Box No.: 1811 Preston Rd, Ste 900
City, State, ZIP+4®: Dallas Texas 75252

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 0410 0000 3928 5687

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Gaithersburg, MD 20877 [illegible]

Certified Mail Fee $ [illegible]
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ [illegible]
☐ Return Receipt (electronic) $ [illegible]
☐ Certified Mail Restricted Delivery $ [illegible]
☐ Adult Signature Required $ [illegible]
☐ Adult Signature Restricted Delivery $ [illegible]
Postage $ [illegible]
Total Postage and Fees $ [illegible]

Postmark Here

Sent To: Classic Settlements LLC
Street and Apt. No., or PO Box No.: [illegible] Village Ave, Ste 205
City, State, ZIP+4®: Gaithersburg MD 20877

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 0410 0000 3928 5717

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Santa Ana, CA 92705 [illegible]

Certified Mail Fee $ [illegible]
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ [illegible]
☐ Return Receipt (electronic) $ [illegible]
☐ Certified Mail Restricted Delivery $ [illegible]
☐ Adult Signature Required $ [illegible]
☐ Adult Signature Restricted Delivery $ [illegible]
Postage $ [illegible]
Total Postage and Fees $ [illegible]

Postmark Here

Sent To: First American Title Insurance Co
Street and Apt. No., or PO Box No.: 1 First American Way
City, State, ZIP+4®: Santa Ana California 92707

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 0410 0000 3928 5663

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20036 [illegible]

Certified Mail Fee $ [illegible]
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ [illegible]
☐ Return Receipt (electronic) $ [illegible]
☐ Certified Mail Restricted Delivery $ [illegible]
☐ Adult Signature Required $ [illegible]
☐ Adult Signature Restricted Delivery $ [illegible]
Postage $ [illegible]
Total Postage and Fees $ [illegible]

Postmark Here

Sent To: American Land Title Association
Street and Apt. No., or PO Box No.: 1800 M Street N.W., Ste 300 S
City, State, ZIP+4®: Washington DC 20036-5828

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 0410 0000 3928 5700

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Reston, VA 20190 [illegible]

Certified Mail Fee $ [illegible]
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ [illegible]
☐ Return Receipt (electronic) $ [illegible]
☐ Certified Mail Restricted Delivery $ [illegible]
☐ Adult Signature Required $ [illegible]
☐ Adult Signature Restricted Delivery $ [illegible]
Postage $ [illegible]
Total Postage and Fees $ [illegible]

Postmark Here

Sent To: Mercury Holdings Tax
Street and Apt. No., or PO Box No.: 1919 Library Street
City, State, ZIP+4®: Reston VA 20190

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 0410 0000 3928 5656

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Albany, NY 12231 [illegible]

Certified Mail Fee $ [illegible]
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ [illegible]
☐ Return Receipt (electronic) $ [illegible]
☐ Certified Mail Restricted Delivery $ [illegible]
☐ Adult Signature Required $ [illegible]
☐ Adult Signature Restricted Delivery $ [illegible]
Postage $ [illegible]
Total Postage and Fees $ [illegible]

Postmark Here

Sent To: NYS Department of State Div of Corporations [illegible]
Street and Apt. No., or PO Box No.: One Commerce Plaza 99 Washington Ave, Ste 640
City, State, ZIP+4®: Albany NY 12231

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Sent To
ROCKMOUNT MORTGAGE SOLUTIONS CORPORATION
MAU FLORINE WRENDHAE RD
FORT MILL SC 29715

PS Form 3800, April 2015    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Sent To
PULHOWSKY BEITEL GREEN L.L.P
7906 IH 10 WEST
SAN ANTONIO TEXAS 78257

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**Certified Mail service provides the following benefits:**

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047    IMPORTANT: Save this receipt for your records.

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Sent To
ROUND POINT MORTGAGE SERVICING
PO BOX 19781
CHARLOTTE NC 28219

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CLASSIC SETTLEMENTS INC.
6 MONTGOMERY VILLAGE AVE
STE 205
GAITHERSBURG MD, 20879

9590 9402 7231 1284 7308 48

2. Article Number (Transfer from service label)

7202 0410 0000 3928 5637

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
NGUYEN

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First American TITLE INSURANCE
Company
1 First American WAY
Santa Ana California 92707

9590 9402 7231 1284 7308 17

2. Article Number (Transfer from service label)

7022 0410 0000 3928 5717

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                7-2-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

MDLANDREC JIS Land Records Index Citation: Book 40342, pp. 309-314

\*

\*

\*                         **Loan Number: 2107002403**
                         **PIN: 0107581201 AND 0104000478**
\*                         **MIN: 100053601316530095**

\*

---

# LEGAL NOTICE OF RESCISSION OF SIGNING AUTHORITY
## &
## DISSOLUTION OF TRUST INDENTURE AGREEMENT

On The Morning Of Wednesday, June 15, 2022  9:00 A.M. E.S.T.,

**KNOW YE ALL MEN BY THESE PRESENTS,**

The foregoing revocation is now in effect immediately by and between all parties – nunc pro tunc:

The assumed covenant made and agreed to of the former party named        EVAN R. HUGGINS

Trustor, and the active signatory authority granted by the Trustor party to        Allan B. Polunsky, ESQ

the Trustee and Grantee of the First part; and,

the active signatory authority granted by the Trustor party to        PRIME LENDING

a PLAINSCAPITAL COMPANY # 11058     described herein "the Lender" Grantee of the Second part;
and,

Huggins Trust© Family Office                       Signature Consent Revocation Action
                                        Trust Legal File # ERH201902211933050603882O
                                                          1

MDLANDREC JIS Land Records Index Citation: Book 40342, pp. 309-314

the active signatory authority granted by the Trustor party to  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

"The holder of the Note", Grantee of the Third part,  the Grantees so named herein on:
              JUNE 11, 2018              under presumptive legal terms of agreement to create a Lendor/Lessee contracting arrangement for a mortgage Note is officially rescinded, retracted, and dissolved by recission and is hereby rendered null and void as of this discovery on:
              JUNE 15, 2022              or at the time and day of the immediate arrival date of this legal notice.

WHEREFORE unbeknownst to the PLAINTIFF,   Evan-Randall: of the Huggins Family© [authorized representative] of the EVAN R HUGGINS© [credit grantor TRUST], its Office Agent and Holder-In-Due-Course to the mortmain vessel, a Transmitting Utility secured by U.C.C. - 1 Financing Statement who made payments in error to the mortgage servicer: ROUNDPOINT MORTGAGE SERVICING CORPORATION, a subsidiary of FREEDOM MORTGAGE,  under the auspices of a real estate transaction for a property identified with Tax I.D. Number 0107581201 & 0104000478. The arrangement on behalf of the Trustor was made under the pretenses of a "loan" originated by terms and conditions of covenant consents agreement of phony contract to reconvey the credit to :
STEVEN YEGHER, NMLSR I.D.: 587083 for Loan Originator Organization of the Second part PRIME LENDING who are complicit in a violation of Title 18 U.S.C. § 1341.
The named "Grantees" alleging reasonableness in fair dealing at the closing of the original transaction which was facilitated by National Closing Manager              Jennifer Ward              who acknowledged "all applicable federal laws" by Affidavit filed on              MAY  23, 2018

Huggins Trust© Family Office

Signature Consent Revocation Action
Trust Legal File # ERH2019022119330506038820

2

MDLANDREC JIS Land Records Index Citation: Book 40342, pp. 309-314

where _____ Anna Portillo _____ filed  this  action: 1855439MCD

into _____ BALTIMORE COUNTY CIRCUIT COURT _____ and beyond reason of

its own doubt in law affirms at the certification and attestation made by the agent of the party secured

on the date of _____ MAY 25, 2018 _____

by representatives of the transaction: _____ David F. Pryal _____

affirming to date that in their intents, alleging in due form of law that federal laws would not be

violated during the negotiations closed by _____ CLASSIC SETTLEMENTS _____ ; and,

Property escrow account officer _____ Melissa Devilbiss _____ for

alleged settlement Account No: _____ 1855439 _____ for the primary transaction before

the closing deal was allegedly completed by and for the legitimate and inerrant official office records of

the _____ AMERICAN LAND TITLE ASSOCIATION _____ .

The originating title insurance _____ FIRST AMERICAN TITLE INSURANCE COMPANY _____ claims

it may issue a sum total coverage limit of  $ _____ 274,000 _____ on  the

presumption of Borrower's limited consumer credit worthiness liability value assessed by invisible

criteria. Such acts were done within transmission of their incomplete delivery of all pertinent

documents and instruments used to obtain comsumer data to effectuate a regulatory consumer credit

limit report regarding policy # _____ 5020500-0572448e _____ which  reflects  historically  racially

motivated discriminatory terms and conditions of agreement on the basis of merit for some form of

'legally obliged liability coverage' deteriminations of risk factors assessed and described by 'Coverage

Huggins Trust© Family Office

Signature Consent Revocation Action
Trust Legal File # ERH201902211933050603B820

3

MDLANDREC JIS Land Records Index Citation: Book 40342, pp. 309-314

Risk' points 16, 18, 19, and 21 of Eagle Schedule A — which in the contexts of their interests further supports the fictitious and unenforceable inequity of such arrangements made by allegations of "Borrower's covenant", unqualified at the time of closing disclosure and that some veritably approved neogtiation actually had occured to the benefit of the Borrower for his property settlement activities described hereinunder and was performed by some unnamed, individual natural person by whom would constitute undisclosed parties, with unkown intents or reservations: which could be manifested if they may have actually voided the assumed activities of the "Settlement Statement and Closing Disclosure" contracts on the part of the alleged "Borrower", however not on ROUNDPOINT MORTGAGE SERVICING CORPORATION'S records but on the official business records made and filed into BALTIMORE COUNTY CIRCUIT COURT backed under legal oath of affirmation made by attorney David F. Pryal, who was acting on behalf of Classic Settlements, Inc. and its Settlement agent dated on:

JUNE 11, 2018 _____ at 11:35 A.M. P.S.T.


WHEREAS, this qualifying decision and dissolution of unauthorized Trust indenture established without verifiable authority of my explicit agreement and signature consent in writ, entered into by Allan B. Polunski with no counterparty commitment on my part. The subject matter determination is made based upon new discovery of evidences of fraud found in several instances and aspects of the tactically deceptive contracting instruments used which contain substantial material violations of law (which shall be made known to all parties served at the discretion of the Trust Office which shall be itemized in a formal settlement claim in court entered against the direct offender(s)); It is inexcusable that these violations are existing uncorrected to date in local, state, and federal laws and also of the copyright of the personal Representative Authorizing Agent's named appellation of Estate and Trust

Huggins Trust© Family Office

Signature Consent Revocation Action
Trust Legal File # ERH20190221193305060388820

4

MDLANDREC JIS Land Records Index Citation: Book 40342, pp. 309-314

aforesaid at the time of writing this writ – the Trustee of the Purchase Money Security Interest and Grantees named herein are said to have entered into a "legally valid Lender - Borrower agreement" by some critical error under contrivance of arrangements designed through a government insured F.H.A. loan application fraudulently proffered and enforced entirely in said error by conspiracy; A conspiracy was formed and generated to purport the contexual legality of using a mythological creditor with no verified legitimate security claim attached to enforce dispossession of prepaid realty protected and owned in fee simple under the privatized secured claim of Trust indenture filed by my own hand; The analyzed and documented evidence gleaned concludes that acts of constructive fraud and mispresentations of fact occurred in several core data points, leading to critical issues: as the roles of Promisor and Promisee were changed by the mythologic creditor to reflect the untrue nature of some sham of agreement and negotiation alleged to exist by the co-conspirator parties to such illegitimate reconveyance of equity vested into the commercial value of my own bonafide trust property. I therefore respectfully ask Mr. Allan B. Polunski to answer me the following:

1.  When can you show me the Trust Indenture rights that my Trust Grantor signed you into my office for custodial acquisition of property under said rights and its distribution to the Beneficiaries?  Produce proof of the signing authority with Power of Attorney attachment.

2.  Who are all parties named as Beneficiaries in the Trust? You must show me proof where I assigned them in wet-ink.

3.  At what point did I review a Notice of Trustee Appointment where I explicitly signed in wet-ink agreeing to have Allan B. Polunski, Esq. of Polunski Beithel & Green L.L.P. administrate the fiduciary duties of my actual Trust Indenture?  Produce the proof.

Huggins Trust© Family Office

Signature Consent Revocation Action
Trust Legal File # ERH2019022119330506038820

5

MDLANDREC JIS Land Records Index Citation: Book 40342, pp. 309-314

4.  Is a promissory note not actual cash value in this transaction where a Purchase Money Deed of Trust was tendered for loan credit? Produce proof.

5.  According to Generally Accepted Accounting Principles (G.A.A.P.), can you produce proof that you are the actual creditor who paid out actual cash value under those F.A.S.A.B. rules? I must inspect the verified debit and credit entries evidencing that your transaction is valid with the Grantor and signature authenticated.

6.  Show me that you are the Note's Holder in Due Course. Produce proof.

7.  Show me for my personal inspection, my wet-ink signature and that of my Trust Grantor at the time of closing where a legitimate nexus contract with ROUNDPOINT MORTGAGE SERVICE CORPORATION existed in the actual material closing disclosures documenting this deal? Produce proof.

Any failure to respond (non-response) point by point with verified proof will be construed to mean the forfeiture and termination agreement, made heretofore, is effectual IMMEDIATELY. As a condition of your resignation from the position in my office which you allege to have made with my Trust Grantor, under Title 18 of the United States Code Part 1. Chapter 101 Section 2071, you are now obligated to relinquish all interests and surrender to me the Deed of Reconveyance on the original Trust Title instrument for inspection and signing; Within Ninety-six (96) hours or a period of four (4) business days of this notice you are ORDERED to present a prompt quit claim on the deed to me at the location specified above. Any other description of the mailing location other than described above will be defective and you may be held financially liable for additional damages accrued in time spent investigating the whereabouts of these instruments in an ensuing legal action. Please be advised.

Huggins Trust© Family Office

Signature Consent Revocation Action
Trust Legal File # ERH201902211933050603820

6

The prompt qualifying decision is made by official ORDER of the security interest filer Claimant of this Trust Office for the N.Y. D.O.S. Division of Corporations State Records and Uniform Commercial Code Office Filing # 201902218077919 dated February 21, 2019 subscribed, sworn, and acknowledged by Affidavit of Affirmation and is formally made by the Special consul and administrative personal Representative acting as Authorizing Agent, verified and duly appointed by the Estate Trustor EVAN R. HUGGINS©, referred to as "HUGGINS" made on the part of Evan-Randall: of the Huggins Family© Trust Office is in effect ab intio. All parties shall be in reciept of the prescribed Superior security interest claims of record perfected by close nexus lien in accordance with MD Code Ann. Com. Law. Title § 3 and Article 9 of the Uniform Commercial Code laws on and for the record of rights secured by collateral-change claim of adverse possession with accompanying clearing and mortgage servicer securitization settlement for debt cancellation discharge on escrow account setoff isolation.

**WARNING!** IMPORTANT DISCLOSURES: Be advised that an enforceable and serious legal action accompanying this legal notice is now scheduled to be entered against any individual party of this notice who is found to be in direct violation at the conclusion of a full financial audit investigation. Failure to maintain safekeeping of all requested documents without material defect or concealments is a violation of applicable federal law. The disposition of this arising matter shall be performed at the order of the assigned district court where the physical real estate is located with my accompanying claim of civil or criminal complaint (T.B.A.) and is also subject to I.R.S. Criminal Investigative Division findings for which these unlawful incidents may be adjudicated on a federal level. No punishable crimes shall go unanswered in the cause of true justice.

Huggins Trust© Family Office

Signature Consent Revocation Action
Trust Legal File # ERH2019022119330506038820
7

MDLANDREC JIS Land Records Index Citation: Book 40342, pp. 309-314

## Affidavit Of Affirmation

I SOLEMNLY AFFIRM, under sworn statement and by the penalties of perjury and upon my own personal knowledge that the contents of the foregoing points made herein are verified, true, accurate, and correct to the best of my knowledge and comprehension, and made entirely under my convictions in good faith, clean hands, and honorably executed as they concern firsthand witness records and accounts of all actions of the parties involved in the matters brought forth before me to my personal attention in these matters described as evidenced by this constructive legal notice, so help me God.

From The Desk Of The Evan-Randall: Huggins© Family Trust Office

Diplomatic Special Consul

Reservation of Rights Protected. Copyright 2022.

U.C.C. Article 1-103.6 | U.C.C. Article 1-308 | U.C.C. Article 3-402 | U.C.C. Article 9

Huggins Trust© Family Office

Signature Consent Revocation Action
Trust Legal File # ERH2019022119330506038820

8·

MDLANDREC JIS Land Records Index Citation: Book 40342, pp. 309-314

# CERTIFICATE OF SERVICE

On [month] _24ᵗʰ_, [day] _June_, [year] _2022_ the above undersigned mailed to: ALAN B. POLUNSKY DBA. POLUNSKY BEITEL GREEN L.L.P., ROUNDPOINT MORTGAGE SERVICING CORPORATION [NMLS ID# 18188], PrimeLending a Plainscapital Company, CLASSIC SETTLEMENTS INC., FIRST AMERICAN TITLE INSURANCE COMPANY, MERS Holdings Inc. [and any other pertinent parties identified by the authorized representative].

Presented the papers identified as:

1. LEGAL NOTICE OF RESCISSION OF SIGNING AUTHORITY & DISSOLUTION OF TRUST INDENTURE AGREEMENT
2. Assignment of New Trustee(s)
3. Quitclaim Deed of Full Reconveyance

By Verified mail, via a pre-paid envelope, bearing Registered Mail #_____ & Return Receipt #_____ for :Evan-Randall: of the. Family Huggins©: From the verified mailing lcation: c/o 1001 Frederick Rd. Ste 3166, Catonsville Maryland near [21228]

WITNESS: I am over the age of 18 and not a party to the transaction regarding the papers mailed herein.

Dated: _24ᵗʰ   June   2022_

Printed Name: _Huggins: Evan-Randall:_ Signature: _____

Huggins Trust© Family Office

Signature Consent Revocation Action
Trust Legal File # ERH201902211933050603820
9

MDLANDREC JIS Land Records Index Citation: Book 40342, pp. 309-314

## NOTARIAL ACKNOWLEDGMENT

[on] MARYLAND State}

[in] Baltimore County}

before me, CRAIG S. Lofton , personally appeared:

Huggins Family Trust OFFICE (C) Elon Huggins

NAME(S) OF SIGNER(S)

| | | |
|---|---|---|
| ☐ personally known to me | OR | ☑ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), an that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf Of which the person(s) acted, executed the instrument. |

Proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), an that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf owhich the person(s) acted, executed the instrument.

This 24th

Of June

[in the] Year 2022

My Commission Expires: Sept 10, 2023

WITNESS my hand and official seal.

SIGNATURE OF NOTARY

Craig S. Lofton

Huggins Trust© Family Office

Signature Consent Revocation Action
Trust Legal File # ERH201902211933050506038820

10

Recipients and Addresses are specifically identified below:

| Named Recipient(s): | Address: |
|---|---|
| POLUNSKY BEITEL GREEN L.L.P<br>Attn: ALAN B. POLUNSKY | 17806 IH 10 WEST,<br>San Antonio Texas 78257<br><br>Receipt #: 7022 0410 0000 3928 5274 |
| ROUNDPOINT MARTGAGE SERVICING<br>CORPORATION [NMLS ID# 18188]<br>Attn: WALTER HOPEWELL IV &<br>Executive Suite Officers | P.O. Box 19409 & P.O. Box 19789<br>Charlotte North Carolina 28219<br><br>Receipt #: 7022 0410 0000 3928 5694 |
| PrimeLending a Plainscapital Company,<br>Attn: Steven Yegher | 18111 Preston Rd, Ste 900<br>Dallas Texas 75252<br><br>Receipt #: 7022 0410 0000 3928 5670 |
| CLASSIC SETTLEMENTS INC<br>MELISSA DEVILBIS | 6 Montgomery Village Avenue, Ste 205<br>Gaithersburg Maryland 20879<br><br>Receipt #: 7022 0410 0000 3928 5867 |
| FIRST AMERICAN TITLE INSURANCE<br>COMPANY | 1 First American May<br>Santa Ana, California 92707<br><br>Receipt #: 7022 0410 0000 3928 5717 |
| MERSCORP HOLDINGS INC. | 1818 Library Street<br>Reston Virginia 20190<br><br>Receipt #: 7022 0410 0000 3928 5700 |
| AMERICAN LAND TITLE ASSOCIATION | 1800 M Street, NW, Suite 300S<br>Washington District Of Columbia, 20036-5828<br><br>Receipt #: 7022 0410 0000 3928 5663 |
| ROUNDPOINT MORTGAGE SERVICING<br>CORPORATION<br>[Organizational Identifications 26-2253315 & 26-2253315]<br><br>ATTN: MARK S. ZEIDMAN,<br>CHIEF FINANCIAL OFFICER | 446 WRENPLACE RD<br>FORT MILL, SC 29715<br><br>Receipt #  7022 0410 0000 3928 5731 |

Recording requested by and
When Recorded return to
EVAN RANDALL HUGGINS TRUST©
c/o Huggins :Evan-Randall©
1001 Frederick Rd Ste 3166
Catonsville Maryland near [21228]

**Parcel Id #:** 01-0107581201
**Instrument #:** 10005360131653009S
**Loan #:** 2107002403
**Case #:** 1855439MCD

space above this line is for Recorder's use Only

# QUIT CLAIM
## DEED OF FULL RECONVEYANCE

**This QUITCLAIM DEED is** lawfully executed this 23 day of ___June___ in the _246th_ year of The American Independence [or **2022**], by the Grantor EVAN R. HUGGINS whose mailing address is 5942 Talbott Street Baltimore Maryland to the Grantee, EVAN RANDALL HUGGINS TRUST© whose mailing address is c/o Hon. :Mikha'el-Yah-Shah-Dean: Veilour©; 1001 Frederick Rd Ste. 3166, Catonsville Maryland [foreign to federal zone] near [21228].

**WITNESSETH,** That the said Grantor for and in Good Consideration of the sum of **$10.00** [in lawful monies of the UNITED STATES redeemed on demand for U.S. Treasurer payment pursuant to Title 12 U.S.C. § 411] which includes the amount of any indemnification, paid by the said Grantee, the receipt whereof is hereby aknowledged, does hereby remise, and quitclaim [do now Indemnified in a sum-certain not to exceed **287,000.00**] unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and the following described parcel of land, and its improvements, appurtenances, and advantages thereto in Baltimore County, Maryland State [see descriptions below].

**WHEREAS,** Allan B. Polunsky, The Trustee under the PURCHASE MONEY DEED OF TRUST Dated May 25th 2018, made and executed by EVAN R HUGGINS as Trustor(s) to PRIME LENDING, A PLAINSCAPITAL COMPANY, for its nominee M.E.R.S. INC., as named Beneficiary of holdings and recorded as instrument # 2107002403, of the Office Records in the Office of the Recorder of Baltimore County, Maryland State; Having received From the Beneficiary under said DEED OF TRUST as construed, a written request by default to re-convey, reciting that all sums secured by said DEED OF TRUST have been fully settled and said DEED OF TRUST and now 'Note' or 'Notes' secured thereby, are surrendered to the Trustee for Cancellation, do hereby quitclaim and reconvey, without warranty, to the person or persons legally entitled thereto all right(s), title, and interest(s) (privileges, appurtenances, and advantages)  heretofore acquired or appertaining unto and to the proper use by said Trustee, and for the benefit of the Huggins©Family Trust Office, real party in interest under private security agreement for actual DEED OF TRUST, in the common laws a real property commonly known as:

## *5942 TALBOTT STREET*
## *WOODLAWN MARYLAND© [21207]*

Recording requested by and
When Recorded return to
EVAN RANDALL HUGGINS TRUST©
c/o Huggins :Evan-Randall©
1001 Frederick Rd Ste 1166
Catonsville Maryland near [21228]

Parcel Id #: 01-0107581201
Instrument #: 10005.3601310530095
Loan #: 2107002403
Case #: 1855439MCD

space above this line is for Recorder's use Only

Situated in Baltimore County, Maryland State; and more particularly described as follows:

**BEING KNOWN AND DESIGNATED AS LOT NOS. 69, 70, 71, 72, BLOCK 9, PLAT 1 AS SHOWN ON THE PLAT OF CATONSVILLE MANOR, WHICH PLAT IS DULY RECORDED AMONG THE LAND RECORDS OF BALTIMORE COUNTY IN PLAT BOOK W.P.C. 6, FOLIO 169. Parcel Id: 01-0107581201; MD DOCUMENT No. 36286-407; Coordinates Lat: 39.296617 Long: -76.732.59; District 01 Property [tax id] No. 0107581201 & 0104000478; Grantor Leiber/Folio 36282/407; Plat Ref. 36282/407 AD 5942 TALBOTT STREET. Lot: 69 Block: 9 District: 01 Map Ref: 94 14 185; Abbreviated Description: LOT: 69 BLK: 9 DIST: 01 LTS: 69, 70, 71 & 72, NES TALBOTT ST CATONSVILLE MANOR MAP REF: 94 14 185.**

By: [sign here x]
as Trustee
Dated:   23rd June, 2022

IN WITNESS WHEREOF: Said Grantee has signed and sealed these presents in the day and year first above written.

Signed, sealed, and delivered in the presence of:

_____    _____
(Grantor(s)                       Auth. Rep. U.C.G. 3-401 X 402/ Grantee

                                  EVAN RANDALL HUGGINS TRUST©

## ACKNOWLEDGEMENT(s)

[on]   Maryland State   )
                        )§§
[from] Baltimore County )

On this ___23rd___ day of __June__, in the __246th__ year of The American Independence [or __2022__], before me, the undersigned officer, personally appeared [Grantor] EVAN R HUGGINS, and [Grantee] EVAN RANDALL HUGGINS TRUST© c/o Hon. :Mikha'el-Yah-Shah-Dean: Veilour© who has satsifactorily proven to me to be the natural person whose name is subscribed to within the instrument and aknowledgement that they executed the same, for the purposes therein contained.

In witness hereof I hereunto set my hand and official seal

_____
Sign Name

**CIRCUIT COURT FOR** Baltimore County _____, **MARYLAND**

City/County

Located at 401 Bosley Ave Towson 21204 _____ **Case No.** _____

Court Address

EVAN RANDALL HUGGINS TRUST © _____     vs.     ROUNDPOINT MORTGAGE SERV. CORP. ____

Plaintiff                                                                        Defendant

c/o 1001 Frederick Rd. Ste 3166 _____     446 WRENPLACE Rd _____

Address                                                                        Address

Catonsville Md. [21228] _____     FORT MILL SC 29715 _____

City, State, Zip               Telephone             City, State, Zip               Telephone

## AFFIDAVIT OF SERVICE
## (Certified Mail Restricted Delivery – Receipt Requested)
### (Md. Rule 2-121)

**NOTE:** This form provides proof to the court that copies of documents filed in the above case by one party have been delivered to the other party. Complete this form if you mailed one party's court documents to the other party. Complete ALL blanks and attach the original return receipt (green card). The court may determine that proper service was NOT made if someone other than the opposing party signs the original receipt.

On July 6th 2022 _____, at 446 WRENPLACE Rd _____, I served, by

Date                                                                  Address

certified mail, restricted delivery, return receipt requested, Mark S. Zeidman _____.

Name of opposing party

I have attached the original return receipt.

I certify that I am over the age of 18 and I am NOT the plaintiff or the defendant. I served the documents checked below.

**Check all that apply:**

☐ Writ of Summons _____

Issue date of the summons for the complaint/petition/motion listed below

☒ Complaint/Petition/Motion Cons. Comp. Form (DOS 2098f) 20220713-36803-TG

Name of complaint/petition/motion

☐ Domestic Case Information Report (form CC-DCM-001)

☐ Financial Statement

☐ Show Cause Order and Petition _____

Type of petition

☒ Other (list all other documents served): Legal Notice Of Error, Legal Notice of Resc.

Perogative Counterclaim Notice of Non Resp., Notice of Failure in Non-Resp

## AFFIDAVIT

I solemnly affirm under penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

7/25/22 _____                        _____

Date                                                                  Signature

:Evan-R: Huggins © _____                443 501 [illegible]

Printed Name                                                      Telephone Number

c/o 1001 Frederick Rd. Ste 3166 _____     _____

Address                                                            Fax

Catonsville Md. [21228] _____     _____

City, State, Zip                                                    E-mail

**CC-DR-056** (Rev. 04/2021)

**CIRCUIT COURT FOR** <u>Baltimore County</u>_____ , **MARYLAND**
City/County

Located at <u>401 Bosley Ave Towson 21204</u>        **Case No.** _____
Court Address

<u>EVAN RANDALL HUGGINS TRUST ©</u>___      vs.   <u>ROUNDPOINT MORTGAGE SERV. CORP.</u>
Plaintiff                                              Defendant

<u>c/o 1001 Frederick Rd. Ste 3166</u>                  <u>446 WRENPLACE Rd</u>
Address                                               Address

<u>Catonsville Md. [21228]</u>_____         <u>FORT MILL SC 29715</u>
City, State, Zip              Telephone               City, State, Zip              Telephone

## AFFIDAVIT OF SERVICE
### (Certified Mail Restricted Delivery – Receipt Requested)
### (Md. Rule 2-121)

**NOTE:** This form provides proof to the court that copies of documents filed in the above case by one party have been delivered to the other party. Complete this form if you mailed one party's court documents to the other party. Complete ALL blanks and attach the original return receipt (green card). The court may determine that proper service was NOT made if someone other than the opposing party signs the original receipt.

On <u>July 13th 2022</u>_____ , at <u>PO BOX 19789 CHARLOTTE NC 28219</u>_____ , I served, by
        Date                      Address
certified mail, restricted delivery, return receipt requested, <u>Walter Hopewell IV.</u>_____ .
                                                               Name of opposing party

I have attached the original return receipt.

I certify that I am over the age of 18 and I am NOT the plaintiff or the defendant. I served the documents checked below.

**Check all that apply:**

☐ Writ of Summons _____
                     Issue date of the summons for the complaint/petition/motion listed below

☒ Complaint/Petition/Motion <u>Cons. Comp. Form (DOS 2098f) 20220713-36803-TG</u>
                              Name of complaint/petition/motion

☐ Domestic Case Information Report (form CC-DCM-001)

☐ Financial Statement

☐ Show Cause Order and Petition _____
                                                Type of petition

☒ Other (list all other documents served): <u>Legal Notice Of Error, Legal Notice of Resc.</u>

<u>Perogative Counterclaim Notice of Non Resp., Notice of Failure in Non-Resp</u>

## AFFIDAVIT

I solemnly affirm under penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

<u>7/25/22</u>_____                    _____
        Date                                        Signature
:Evan-R: Huggins ©_____              <u>443 501 6069</u>_____
        Printed Name                              Telephone Number
c/o 1001 Frederick Rd. Ste 3166
        Address                                   Fax
Catonsville Md. [21228]_____        _____
City, State, Zip                                  E-mail

**CC-DR-056** (Rev. 04/2021)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Revers Point Mortgage Servicing
Corporation
Attn Rachel Monereal IV
PO Box 19789
Charlotte NC 28219

9590 9402 7231 1284 7308 31

2. Article Number (Transfer from service label)

7022 0410 0000 3928 5694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X USPS    ☐ Agent
         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
USPS                             7/13/22

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Round Point Mortgage Servicing
Corporation
Attn Abreh S Zornendugs CEO
446 Wrenwood Rd
Piedmont SC 29715

9590 9402 7231 1284 7307 94

2. Article Number (Transfer from service label)

7022 0410 0000 3928 5731

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X RoundPoint Mortgage    ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
RoundPoint Mortgage              7/6/2022

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

State of New York
**Department of Stat[e]**
**Division of Consumer Protecti[on]**
One Commerce Plaza
99 Washington Avenue, Suite 64[0]
Albany, NY 12231-000[1]
Phone: (518) 474-858[3]
FAX: (518) 486-3936
CONSUMER COMPLAINT HELPLINE: 1-800-697-122[ ]
www.dos.ny.gov/consumerprotecti[on]

**NEW YORK** STATE OF OPPORTUNITY.

# Division of Consumer Protection

# CONSUMER COMPLAINT FORM

<u>IMPORTANT</u>: If you have taken *any action* within a court of law regarding this complaint, the Division of Consumer Protection (DCP) cannot provide additional assistance. *Any action* includes court proceedings that are currently pending and those where the court has rendered a final decision. Nonetheless, you are welcome to file your complaint to create a public record of your concern with DCP.

| First Name: :Evan-Randall: | Last Name: of the Huggins© Family | | |
|---|---|---|---|
| Street Address (Suite#, Apt#): c/o 1001 Frederick Rd | City: Catonsville Md | State: Maryland | Zip Code: 21228 |
| Daytime Phone Number: 443.743.5981 | Evening Phone Number: | E-mail Address: avx10565@gmail.com | |

| Have you served in the military? | ☐ Yes ☑ No |
|---|---|
| Has any member of your immediate family served in the military? | ☑ Yes ☐ No |

## COMPANY INFORMATION *(Company Involved in Dispute - Name of Business You are Complaining Against)*

| Company or Seller Name: ROUNDPOINT MORTGAGE SERVICING CORPORATION | Company Representative/Salesperson & Title: MARK S. ZEIDMAN CFO | | |
|---|---|---|---|
| Company or Seller Street Address (Suite, Apt): 5016 Parkway Plaza Boulevard, | City: Charlotte, | State: NC | Zip Code: 28217 |
| Company or Seller Phone Number: 704.839.5087 | Company or Seller Fax Number: | | |
| Company or Seller License Number (if available): NMLS ID 18188 | Company or Seller Email Address: | | |

| Have you contacted any other government agency or elected official to assist in resolving this complaint? *(Check One)* ☑ Yes ☐ No | |
|---|---|
| Agency Contact or Elected Official: | NEW YORK STATE DEPARTMENT OF STATE |
| Assistance Received: | Complaint Form |

# COMPLAINT INFORMATION

**Please attach to this form copies of any papers (e.g., contracts, warranties, bills received, canceled checks, and any documents that support your complaint.)** DO NOT SEND ANY ORIGINALS.

| Date Problem First Occurred: April 30th 2022 @ 10:14PM | Date(s) You Complained to Company: June 10th 2022@ 8:47 | To Whom You Complained: WALTER HOPEWELL IV |
|---|---|---|
| Brand Name or Manufacturer: F.D.M.C [uniform loan application] | Model Name or Number: Freddie Mac form 65 & 1003 | Serial Number: 210700243 |
| Warranty Expiration Date: Ongoing | Date Purchased: 5/25/18 | Contract, Acct. or Policy Number: 5020500-0572448e |
| Date Signed the Contract or Order: | **June 11th 2018** | |

| Description of complaint: *Please print or type a clear description of the complaint (e.g., nature or type of complaint: car, mail order, telemarketing, internet, etc.)* Attach additional information, if necessary. |
|---|

**R.E.S.P.A; 12 C.F.R**

On April 30th, 2022 Roundpoint Mortgage Servicing Corporation was given constructive notice of actual verified errors on account(s) said to be associated with EVAN R HUGGINS and bearing the number # 1004268338. The constructive legal notice serves as a good-faith memorandum of understanding / resolution agreement of mutual intents between the parties for settlement and closure of any outstanding accounts existing on record and associated with the herein named principal, that may be deemed to be in violation of public lawful security interests and applicable protections codified into Federal Law and Regulations: 12 C.F.R § 1024.35(b); (3); (4); (5); (11), 12 CFR § 1026.18 & 12 CFR § 1026.36 [errors cited within referenced qualified written Notice Of Error] and those of U.C.C. Article 9. Servicing Agents on Behalf of ROUNDPOINT MORTGAGE SERVICING CORPORATION replied in response to email transmittal [sent confidentially and with designation: ATTN CFO] stating that no such account could be located for EVAN R HUGGINS 5942 TALBOTT ST BALTIMORE MD 21207 Acct # 1004268338.

**In accordance with 12 C.F.R. § 1024.35 - Error resolution procedures.**

:Evan-Randall: Of The Huggins© Family Trust Office, acting as Authorized Trust Representative for EVAN R HUGGINS TRUST©, duly notified Roundpoint Mortgage Servicing Corporation via registered mail #'s <u>RE 104 823 610 US & RE 104 823 623 US</u> of the Claimant's Qualified Written [Request] Claim by prerogative writ entitled "LEGAL NOTICE OF ERROR" and in accordance with 12 C.F.R. § 1024.35(a), which is presently confirmed by the corresponding U.S.P.S. address for pick-up as of the elapsed date: Friday June 10, 2022.

*CONTINUED IN ATTACHMENTS (See Further)*

## PAYMENT INFORMATION

| Have you already paid for the product or service? |
|---|
| *(Check One)* ☑Yes ☐No ☐Partial Purchase ☐Amount in Dispute: $____274,000_____ |
| Method of Payment: *(Check One)* ☑Cash ☐Check ☐Credit Card ☐Money Order |

## DESCRIPTION OF RESOLUTION YOU ARE REQUESTING (e.g., refund, credit, exchange or rebate)

REQUIRES IMMIDIATE RESPONSES & CORRECTION FOR MORTGAGE SERVICER DISCHARGE to mitgate any further financial impacts regarding capital loss on the alleged Principal balance and persistent economic damage done against the named Principal due to critical unresolvable errors described in "LEGAL NOTICE OF ERROR" by correction credit payment(s) on 'Borrower's' alleged account in question, pursuant to 12 C.F.R. § 1024.35(b)(3) or risk further violation(s) pursuant to UNITED STATES CODE TITLE 12 CHAPTER 27 § 2605 & CODE OF FEDERAL REGULATIONS TITLE 12 § 1024 REAL ESTATE SETTLEMENT PROCEDURES ACT.

## <u>PLEASE READ THE FOLLOWING BEFORE SIGNING BELOW</u>

**In filing this form, I understand that the Division of Consumer Protection is attempting to mediate my complaint. I also understand that if I have any questions concerning my legal rights or responsibilities, I should contact a private attorney. I hereby authorize the Division of Consumer Protection to work with the appropriate government and private sector entities on my behalf, including requesting and reviewing appropriate documents, to attempt to resolve my dispute. I have no objection to the contents of this complaint being forwarded to the business or service person the complaint is directed against. I understand this document is subject to disclosure under the Freedom of Information Law. The above complaint is true and accurate to the best of my knowledge.**

Signature: _____ Date: 6/29/22

Return to: NYS Department of State
Division of Consumer Protection
Consumer Assistance Unit
One Commerce Plaza
99 Washington Avenue, Suite 640
Albany, NY 12231

Addendum Item To Remain Attached To Original Complaint Form Record



NEW YORK STATE OF OPPORTUNITY. | **Division of Consumer Protection**

## CONSUMER COMPLAINT FORM CONTINUED

**ADDITIONAL COMPLAINT INFORMATION**

**ADDENDUM ITEM ATTACHMENTS**

**Critical Issue: Ct. 1**
R.E.S.P.A; 12 eC.F.R

On April 30th, 2022 Roundpoint Mortgage Servicing Corporation was served with constructive legal notice of actual errors on account(s) associated with EVAN R HUGGINS and bearing the number # 1004268338. The constructive notice was to serve as a good-faith commuique between the parties for settlement and closure of any accounts associated with EVAN R HUGGINS herein named "the Principal", that may be deemed to be in violation of public lawful security interests and applicable protections as codified in Federal Law and Regulations: 12 eC.F.R. § 1024.35(b); (3); (4); (5); (11), 12 eC.F.R. § 1026.18 & 12 eC.F.R. § 1026.36 [errors cited within referenced Qualified Written Request [Notice Of Error mailed by Claimant] and Article 9 of the Uniform Commercial Code. Servicing Agents on behalf of ROUNDPOINT MORTGAGE SERVICING CORPORATION replied directly in response to the initial follow-up email transmittal inquiry [confidential correspondence to ATTN. C.F.O.] stating that no such account could be located for EVAN R HUGGINS 5942 TALBOTT ST BALTIMORE MD 21207 Acct. # 1004268338.

Addendum Item To Remain Attached To Original Complaint Form Record

**Critical Issue: Ct. 2**
In accordance with 12 eC.F.R. § 1024.35 - Error resolution procedures.

**:Evan-Randall: Of The Huggins© Family, Authorized Trust Representative for EVAN R HUGGINS TRUST©, duly notified ROUNDPOINT MORTGAGE SERVICING CORPORATION via several registered mailings to date which includes # <u>RE 104 823 610 US & RE 104 823 623 US</u> of his qualified written request [claim] titled LEGAL NOTICE OF ERROR** and in accordance 12 eC.F.R. § 1024.35(a), which remains confirmed for pick-up as of Friday June 10, 2022. Pursuant to the Error Resolution Procedures described in 12 eC.F.R. § 1024.35 ROUNDPOINT MORTGAGE SERVICING CORPORATION must comply with all applicable requirements in respect of such a qualified written [request] claim by:  Acknowledgement of Receipt within five (5) days - 12 eC.F.R. § 1024.35(d) (not to exceed seven (7) days 12 eC.F.R. § 1024.35(e)(3)(i)(A)), Response to Legal Notice Of Error by correcting the error or errors identified and conducting an investigation - 12 eC.F.R. § 1024.35(e)(1)(i)(A), (B) (PRIOR to the date of a foreclosure sale or within thirty (30) days after the Servicer recieves the notice of error, which ever is earlier).


**Critical Issue: Ct. 3**
**T.I.L.A. 12 CFR § 1026.18 - Content Of Disclosures:**

It was further discovered that the 'Loan Originator' for the account in question actually FAILED TO DISCLOSE an accurate reporting of the Finance charge associated with the credit application and used in underwriting the value of the escrow account. The mispresentation of material facts on the application forms submitted (without full disclosure) resulted in a consumer credit transaction (secured

Addendum Item To Remain Attached To Original Complaint Form Record

by a dwelling) that included (directly or indirectly) premiums of fees to be used for and in connection

with credit insurance – and thereby constitutes explicit violation of 12 eC.F.R. § 1026.36(i).


**Critical Issue: Ct. 4**
TITLE 18 U.S.C. § 402 -   Contempts Constituting Crimes
TITLE 18 U.S.C. § 2071 - Material Concealment
TITLE 18 U.S.C. § 2073 – False Entries & Reports

12 eC.F.R. § 1026.18(b)(3) Requires that any prepaid finance charge must be subtracted from

the accounting when calculating the Amount financed [G.A.A.P. indicates that in consideration of the

purchase price, M2 finance Monies of account herein "the Note" be converted into actual cash value by

signature of the Authorized Representative for payment on demand according to the G.A.A.P. matching

principle rules]. The preceding action is in direct violation of Title 18 U.S.C. § 2073, whereas the

Servicer, a U.S. Government Contractor associated financial institution allegedly acting in the interest of

its securitized governmental obligations to MORTGAGE ELECTRONIC RECORDING SYSTEM

INC., as a legal entity knowingly and willfully provided false entries as to the actual cash value it had

received for the original security instrument that was actually made payable with kickbacks on a F.H.A.

sponsored Note. PRIME LENDING, A PLAINSCAPITAL COMPANY, inaccurately recorded the

reporting required for this transaction FAILING TO COMPLY with disclosure sections 12 C.F.R. §

1026.18(b)(3); (c); (d); (h); (k); (m); (n); (o); These failures further constitute mounting evidence in

violation of 12 C.F.R. § 1026.36: (d)(1) & (2); (i). Such failures are construed as willful efforts to

circumvent the established law under Title 18 U.S.C. § 402 in their complicit actions to conceal

material evidence of civil and criminal rackeetering activities by the Servicer on the account at

Addendum Item To Remain Attached To Original Complaint Form Record

inception and in accordance with the prohibited acts of Title 18 U.S.C. § 2071 and following Section 2073.

**WHEREAS, SERVICER IS REQUIRED to conform to UNITED STATES CODE TITLE 12 CHAPTER 27 § 2605 - Servicing of mortgage loans and administration of escrow accounts (e) DUTY OF A LOAN SERVICER TO RESPOND TO BORROWER INQUIRES.**

**ROUND POUNT MORTGAGE SERVICING CORPORATION MUST** Confirm Reciept within five (5) Days (**June 16th 2022**) pursuant to 12 U.S.C § 2605 (e)(1)(A), send notifications pursuant to 12 C.F.R. § 1024.35(g)(2) (not to exceed five (5) business days or June 16 2022) & 12 C.F.R. § 1024.35(d) (not to exceed seven (7) business days or **June 20th 2022** § 1024.35(e)(3)(i)(A)), and duly inform a 'Borrower' if the 'Servicer' intends to withold the documents requested, because they are relied upon as confidential or proprietary, in writing within fifteen (15) days (12 C.F.R. § 1024.35(e)(4) **June 25th 2022**). ERRORS cited in qualified written claim MUST be: Acknowledged, Responsed, Corrected, and Investigated within seven (7) days from the time of receipt confirmation on June 10th 8:47 AM (**June 20th 2022** [default time now]) a time limit not to exceed 30 days (July 25th 2022 ) 12 C.F.R. § 1024.35(e) (3)(B); (C).

Addendum Item To Remain Attached To Original Complaint Form Record

## **AFFIANT STATEMENT(S) OF CLAIMS**

:Evan-R.: Huggins the herein-now private aggrieved, living man, has expressed and asserted all errors which are known and perceptible to him which now factually establish evidence of such a Secured priority (Superior) interest claim being publically violated promptly beginning April 30, 2022 @ 10:14 PM [nunc pro tunc February 22, 2019].

AS OF APRIL 30, 2022 :Evan-R.: Huggins, herein-now the aggrieved man, submitted a constructive legal notice of duly qualified written request [claim] pursuant to Title 12 U.S.C. 27 § 2605(e)(1)(B) via CONFIDENTIAL EMAIL specifying to the SERVICER of the [now] plausible violations to Federal Regulations and violations to Rights Protected by Public U.C.C. Security Interest under 12 eC.F.R. § 1024.35(b); (3); (4); (5); (11), 12 eC.F.R. § 1026.18 & 12 eC.F.R. § 1026.36.

ROUNDPOINT MORTGAGE SERVICING COMPANY is required to respond within five (5) days pursuant to Title 12 U.S.C. 27 § 2605(e)(1)(A) and appended the necessary corrections evidenced in the Legal Notice Of Error to the account no later than thirty (30) days (May 30th 2022). AS OF MAY 6th 2022 ROUND POINT MORTGAGE SERVICING COMPANY has stated that no such account can be located for EVAN R HUGGINS and Account # 1004268338 and AS OF JUNE 24th 2022 SERVICER is continuing to attempt collections on an account it lacks a reasonable basis to impose upon the borrower now violating 12 eC.F.R § 1024.35(b)(5).

Addendum Item To Remain Attached To Original Complaint Form Record

AS OF JUNE 10, 2022 ROUNDPOINT MOTGAGE SERVICING CORPORATION has been in receipt of the LEGAL NOTICE OF ERROR pursuant to R.E.S.P.A; 12 eC.F.R. § 1024.35 - Error Resolution Procedures; and FAILED to RESPOND within five (5) days evidencing acknowledgement or within seven (7) days evidencing the necessary corrections or within fifteen (15) days stating any items to be witheld and the reason for such witholding from the request of the qualified written claim now in default violation of 12 eC.F.R. § 1024.35: (d); (e)(3)(i)(A); (e)(4); and Title 12 U.S.C § 2605 (e) (1)(A).

AS OF JUNE 28, 2022 NO RESPONSE (save correspondance dated April 10th 2022 stating that no account was located on their file) in kind has been returned, now time exceeding fifteen (15) days, and REQUIRES IMMEDIATE CORRECTION prescribed therein - to correct credit payment(s) on 'Borrower's' alleged account (12 eC.F.R. § 1024.35(b)(3)) or risk further violation(s) pursuant to UNITED STATES CODE TITLE 12 CHAPTER 27 § 2605 & CODE OF FEDERAL REGULATIONS TITLE 12 § 1024 REAL ESTATE SETTLEMENT PROCEDURES ACT.

FURTHER FAILURE TO RESPOND is explicit violation of UNITED STATES CODE TITLE 12 CHAPTER 27 § 2605(e) DUTY OF A LOAN SERVICER TO RESPOND TO BORROWER INQUIRES. Whoever fails to comply with any provision of this section shall be liable to the borrower for each such failure pursuant to 12 U.S.C. 27 § 2605(f)(1)(A); (B).

ERRORS WERE NOT asserted seven (7) days before a foreclosure sale as established evidence whereupon this claim appears for the record beginning April 30 2022 @ 10:14 PM. Further, as evidence

Addendum Item To Remain Attached To Original Complaint Form Record

of such claims being in receipt of the SERVICER Dated June 10th 2022, confirm that it waives any and all rights and entitlements for recourse absolving it of the requirements as stated in 12 eC.F.R. § 1024.35(f)(2) or 12 eC.F.R. § 1024.35(g)(2) (June 20th 2022).

PREVIOUS VIOLATORS are duly informed via certified mailing acknowledgements of their defunct interest now rendered void by nullity as a result of violating federally regulated accounting rules, procedures, priciples, and practices; and the public's right in protection therewith, including F.A.S.A.B. G.A.A.P; T.I.L.A. 1968 Regulation Z, and 12 eC.F.R. § 1026.18(b)(3), as well as defaulted Assignment of securitized obligations resulting from violations contained herein otherwise noted by all applicable RESPA laws which may not appear here.

**Affirmation**

I SOLEMNLY AFFIRM, under sworn statement and by the penalties of perjury and upon my own personal knowledge that the contents of the foregoing points made herein are verified, true, accurate, and correct to the best of my knowledge and comprehension, and made entirely under my convictions in good faith, clean hands, and honorably executed as they concern firsthand witness records and accounts of all actions of the parties involved in the matters brought forth before me to my personal attention in these matters described as evidenced by this constructive legal notice, so help me God.

From The Desk Of The Evan-Randall: Huggins© Family Trust Office
Diplomatic Special Consul
Reservation of Rights Protected. Copyright 2022.
U.C.C. Article 1-103.6 | U.C.C. Article 1-308 | U.C.C. Article 3-402 | U.C.C. Article 9

Addendum Item To Remain Attached To Original Complaint Form Record

## ATTACHMENTS

Notorial Acknowledgement

## EXHIBITS

Certificate Of Service for Verified Parties
Confidential Email Evidence
District U.S.P.S. Confirmation Tracking  Service

## AUTHORITIES

**12 C.F.R. § 1024 REAL ESTATE SETTLEMENT PROCEDURES ACT – R.E.S.P.A.**
**12 C.F.R. § 1024 TRUTH IN LENDING ACT (REGULATION Z) T.I.L.A.**
**12 U.S.C. § 2605 Servicing of mortgage loans and administration of escrow accounts.**
**12 U.S.C. § 2607 Prohibition against kickbacks and unearned fees**
**12 U.S.C. § 2609 Limitation on requiremetn of advance deposits in escrow accounts**
**12 U.S. CODE CHAPTER 49 HOME OWNERS PROTECTIONS**
**18 U.S.C. §§ 892-896 EXTORTIONARY CREDIT TRANSFERS.**
[All other applicable laws]

--------------------------------------------------------------------------

**Patton v. Diemer, 35 Ohio St. 3d 68; 518 N.E.2d 941; 1988).**

- A judgment rendered by a court lacking subject matter jurisdiction is void ab initio. Consequently, the authority to vacate a void judgment is not derived from Ohio R. Civ. P. 60(B), but rather constitutes an inherent power possessed by Ohio courts. I see no evidence to the contrary that this would apply to ALL courts. "A party lacks standing to invoke the jurisdiction of a court unless he has, in an individual or a representative capacity, some real interest in the subject matter of the action.

**Lebanon Correctional Institution v. Court of Common Pleas 35 Ohio St.2d 176 (1973).**

- "A party lacks standing to invoke the jurisdiction of a court unless he has, in an individual or a representative capacity, some real interest in the subject matter of an action."

Addendum Item To Remain Attached To Original Complaint Form Record

**Wells Fargo Bank, v. Byrd, 178 Ohio App.3d 285, 2008-Ohio-4603, 897 N.E.2d 722 (2008).**

- It went on to hold, " If plaintiff has offered no evidence that it owned the note and mortgage when the complaint was filed, it would not be entitled to judgment as a matter of law."

**Wells Fargo, Litton Loan v. Farmer, 867 N.Y.S.2d 21 (2008).**

- "Wells Fargo does not own the mortgage loan... Therefore, the... matter is dismissed with prejudice."

**United States v. Kis, 658 F.2d, 526 (7th Cir. 1981)**

- "Indeed, no more than (affidavits) is necessary to make the prima facie case."

**Wells Fargo v. Reyes, 867 N.Y.S.2d 21 (2008).**

- Dismissed with prejudice, Fraud on Court and Sanctions. Wells Fargo never owned the Mortgage.

**Deutsche Bank v. Peabody, 866 N.Y.S.2d 91 (2008).**

- EquiFirst, when making the loan, violated Regulation Z of the Federal Truth in Lending Act 15 U.S.C. §1601and the Fair Debt Collections Practices Act 15 U.S.C. §1692; "intentionally created fraud in the factum" and withheld from plaintiff... "vital information concerning said debt and all of the matrix involved in making the loan".

**Deutsche Bank National Trust Co v. Torres, NY Slip Op 51471U (2009).**

- That "the dead cannot be sued" is a well established principle of the jurisprudence of this state plaintiff's second cause of action for declaratory relief is denied. To be entitled to a default judgment, the movant must establish, among other things, the existence of facts which give rise to viable claims against the defaulting defendants. "The doctrine of ultra vires is a most powerful weapon to keep private corporations within their legitimate spheres and punish them for violations of their corporate charters, and it probably is not invoked too often…"

**Indymac Bank v. Boyd, 880 N.Y.S.2d 224 (2009).**

- To establish a prima facie case in an action to foreclose a mortgage, the plaintiff must establish the existence of the mortgage and the mortgage note. It is the law's policy to allow only an aggrieved person to bring a lawsuit . . . A want of "standing to sue," in other words, is just another way of saying that this particular plaintiff is not involved in a genuine

Addendum Item To Remain Attached To Original Complaint Form Record

controversy, and a simple syllogism takes us from there to a "jurisdictional" dismissal.

**Indymac Bank v. Bethley, 880 N.Y.S.2d 873 (2009).**

- The Court is concerned that there may be fraud on the part of plaintiff or at least malfeasance Plaintiff INDYMAC (Deutsche) and must have "standing" to bring this action. Lawyer responsible for false debt collection claim which is a violation of the laws under the Fair Debt Collection Practices Act, 15 U.S.C.S. §§ 1692-1692o, and F.D.C.P.A. Title 15 U.S.C. § 1692.

**Heintz v. Jenkins, 514 U.S. 291; 115 S. Ct. 1489, 131 L. Ed. 2d 395 (1995).**

- In determining whether the plaintiffs come before this Court with clean hands, the primary factor to be considered is whether the plaintiffs sought to mislead or deceive the other party, not whether that party relied upon plaintiffs' misrepresentations.

**Zinc Carbonate Co. v. First National Bank, 103 Wis. 125, 79 NW 229 (1899).**

- Bank could not assert a valid legal claim to products as it did not actually own the alleged loan.

**American Express Co. v. Citizens State Bank, 181 Wis. 172, 194 NW 427(1923).**

- American Express Co. had to do business with Citizens State Bank but the agreement was not valid due to the actual existence of a fictitious lending scheme which denied all parties full disclosure for a closed deal.

**Stachnik v. Winkel, 394 Mich. 375, 387; 230 N.W.2d 529, 534 (1975).**

- A loan was made which was already unenforceable because the contract was mispresented to reflect interests that were not a part of the closing table agreement, when there was no actual loan to speak of.

Gmail - ATTN CFO ROUNDPOINT MORTGAGE SERVICING...       https://mail.google.com/mail/u/0/?ik=b4edc8bd19&view=...

 Gmail                                    Av X <avx10565@gmail.com>

## ATTN CFO ROUNDPOINT MORTGAGE SERVICING CORPORATION

**Av X** <avx10565@gmail.com>                                    Sat, Apr 30, 2022 at 10:14 PM
To: servicinghelp@roundpointmortgage.com

Account No. 1004268338

EVAN R HUGGINS
5942 TALBOTT ST
BALTIMORE MD 21207-3921

On behalf of the above named person, this a follow up email referencing the original Authorized Representative who may, under uncertain terms and conditions considered to be acting as presumed default fiduciary Principal party to the promissory note agreement conditions of aforementioned account no. 1004268338. ROUNDPOINT MORTGAGE SERVICING CORP. hereby notified the Principal [DEBTOR] party described herein of its intention to discuss a refinancing agreement.

Be advised by this constructive notice, that there is an established counter claim lienor superior AG Bailor / Bailee security interest claim privately bonded, insured, with indemnification clause, administered and time now in effect on the contract asset of the Third Party Intervener, the man of the family name Huggins, who comes now to renegotiate the inaccurate information record for Notice of Error assignment.

The man intends to notify ROUNDPOINT MORTGAGE SERVICING CORP. of these contract terms by a formal Qualified Written Claim [Request] draft which will disclose private Payoff conditions on servicing to be submitted on behalf of the named Principal party. Enclosed in the email attachment are the document image records of I.R.S. Form 56 dated and submitted as accepted and filed on FEB 2019.

Please note: The Third-Party has authorized this corrective legal action and is to be considered a conditional acceptance of prior consent, on explicit warranty for revocation, by reassignment of a new fiduciary to amend his Principal's original potentially harmful terms of contract, to immediately remove liability against the established security interest claim for remedy and cure of any unintentional, retroactive title deed ownership fault(s), past occurring, now arising, or future occuring controversies ab initio under full reservation of his rights by Special Appearance pursuant to Rule 24 Fed. Rul. Civ. P. (A)(2), Article 1 Section 10, Clause 1; Supremacy Clause, Article 6, Constitution, Title 18 U.S.C. 8, and the private Trust by-laws of the Huggins Family Trust©.

Best Regards,

:Evan-Randall: of the Huggins Family Trust©

The common law is the real law, the Supreme Law of the land, the codes,
rules, regulations, policy and statutes are not the law." Self v. Rhay, 61 Wn (2nd) 261.

Notice of Confidentiality
Under Common Law of Original Jurisdiction

This private email message is protected by the Bill of Rights and all powers and authorities of the American Constitution and does not contravene the Ashwander rules; including any attachment(s), CC's, BCC's, or Replies are covered under this Notice and are limited to the sole use of the intended recipient and may contain Privileged and/or Confidential Private Information. Any and All Political, Private or Public Entities, Federal, State, or Local Corporate Government(s), Municipality(ies), International Organization(s), Corporation(s), Live Individual(s), person(s)/PERSON(S), agent(s), investigator(s), or informant(s), et al., and/or Third Party(ies) working in collusion by collecting, observing, monitoring, and/or analyzing My email(s), using any means of spying and/or data collection is

Gmail - prohibited; Without my express written consent communications are to be private. No Freedom with... view=...

Almighty God. Any omission(s) not specifically enumerated herein, cannot be construed as permission by default; This notice prohibits any and all unauthorized review, use, disclosure, or distribution, verbally, or otherwise; With explicit reservation of All My Rights, Without Prejudice and Without Recourse to Me. Any omission does not constitute a waiver of any and/or all Intellectual Property Rights or Reserved Rights.

Notice to Agent is Notice to Principal - Notice to Principal is Notice to All Agents

**2 attachments**

**Doc Apr 30 2022(1).pdf**
3611K

**Doc Apr 30 2022(2).pdf**
4051K

Gmail - Re: **EXTERNAL** ATTN CFO ROUNDPOINT MO...          https://mail.google.com/mail/u/0/?ik=b4edc8bd19&view=...

 Gmail

**Av X <avx10565@gmail.com>**

## Re: **EXTERNAL** ATTN CFO ROUNDPOINT MORTGAGE SERVICING CORPORATION
1 message

**servicinghelp@roundpointmortgage.com** <servicinghelp@roundpointmortgage.com>          Fri, May 6, 2022 at 8:35 AM
To: avx10565@gmail.com

Thank you for contacting RoundPoint. We have performed a thorough review of our business records, but are unable to locate this account in our systems with the information provided. Please provide documentation indicating the account is being serviced by RoundPoint, such as the property address or loan number.

If you have any additional questions or concerns, please contact us at 877-426-8805. Our offices are open Monday through Friday from 8:00 a.m. until 9:00 p.m. Eastern Time and Saturday from 10:00 a.m. until 3:00 p.m. Eastern Time.

Thank you,

Customer Service

---

**To:** servicinghelp@roundpointmortgage.com
**From:** avx10565@gmail.com
**Sent:** Apr 30, 2022 at 10:14 PM EDT
**Subject:** **EXTERNAL** ATTN CFO ROUNDPOINT MORTGAGE SERVICING CORPORATION

Av X has sent you an email via Gmail confidential mode:

M ATTN CFO ROUNDPOINT MORTGAGE SERVICING CORPORATION [confidential-mail.google.com]

This message was sent on Apr 30, 2022 at 7:15:09 PM PDT
You can open it by clicking the link below. This link will only work for servicinghelp@roundpointmortgage.com.

View the email [confidential-mail.google.com]

Gmail confidential mode gives you more control over the messages you send. The sender may have chosen to set an expiration time, disable printing or forwarding, or track access to this message. Learn more [support.google.com]
Gmail: Email by Google
Use is subject to the Google Privacy Policy [myaccount.google.com]          Google
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this message because someone sent you an email via Gmail confidential mode.

---

This e-mail and any attachments (collectively, "e-mail") is confidential and may contain information that is private, proprietary, and/or legally privileged. Any unauthorized use, copying, printing, saving, sharing or other distribution of this e-mail is strictly prohibited. If you have received this e-mail in error, please (1) notify us so that we can correct the error and take steps to ensure it does not reoccur and (2) delete the e-mail without distribution.

**CIRCUIT COURT FOR** <u>Baltimore County</u>_____, **MARYLAND**
City/County

Located at <u>401 Bosley Ave Towson 21204</u>_____ **Case No.**_____
Court Address

<u>EVAN RANDALL HUGGINS TRUST ©</u>___   vs.   <u>ROUNDPOINT MORTGAGE SERV. CORP.</u>
Plaintiff                                                      Defendant
c/o 1001 Frederick Rd. Ste 3166                              <u>446 WRENPLACE Rd</u>
Address                                                        Address
<u>Catonsville Md. [21228]</u>_____   <u>FORT MILL SC 29715</u>_____
City, State, Zip           Telephone                City, State, Zip           Telephone

## CERTIFICATE OF SERVICE

I certify that on this <u>8th</u>_____ day of <u>July</u>_____, <u>2022</u>_____, a copy of the
Month                Year
document(s) titled _____
Title(s) of document(s)
\* RETURNED \* [un-Verified Solicitation]

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

<u>Walter Hopewell IV</u>_____        <u>PO BOX 19789</u>_____
Name                                               Address
                                                   <u>CHARLOTTE NC 28219</u>_____
<u>ROUNDPOINT MORTGAGE SERV. CORP.</u>          City, State, Zip
Name                                               <u>446 WRENPLACE Rd</u>
                                                   Address
<u>July 25th 2022</u>                              <u>FORT MILL SC 29715</u>
Date                                               City, State, Zip
                                                   _____
                                                   Signature of Party Serving



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Charlotte, NC 28219

| Certified Mail Fee | $3.75 | 40010 |
| $ | | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ ___$0.00___
☐ Return Receipt (electronic)        $ ___$0.00___
☐ Certified Mail Restricted Delivery  $ ___$0.00___
☐ Adult Signature Required           $ ___$0.00___
☐ Adult Signature Restricted Delivery $ ___$0.00___

Postage                              $5.20
$

Total Postage and Fees
$                                    $8.95

Postmark
Here
JUL
08
2022

07/08/2022

7022 0410 0000 3928 6035

Sent To
BOND, PERRY, MAGEE OGE SERVICING CORP
Street and Apt. No., or PO Box No.
P.O. BOX 63258
City, State, ZIP+4®
CHARLOTTE NC 28263-9629

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

**CIRCUIT COURT FOR** Baltimore County _____ **, MARYLAND**
                                      City/County

Located at 401 Bosley Ave Towson 21204 _____ **Case No.** _____
              Court Address

EVAN RANDALL HUGGINS TRUST ©          vs.   ROUNDPOINT MORTGAGE SERV. CORP.
Plaintiff                                   Defendant

c/o 1001 Frederick Rd. Ste 3166             446 WRENPLACE Rd
Address                                     Address

Catonsville Md. [21228]                     FORT MILL SC 29715
City, State, Zip        Telephone           City, State, Zip           Telephone

## AFFIDAVIT OF SERVICE
### (Certified Mail Restricted Delivery – Receipt Requested)
### (Md. Rule 2-121)

**NOTE:** This form provides proof to the court that copies of documents filed in the above case by one party have been delivered to the other party. Complete this form if you mailed one party's court documents to the other party. Complete ALL blanks and attach the original return receipt (green card). The court may determine that proper service was NOT made if someone other than the opposing party signs the original receipt.

On July 11th 2022 _____, at 446 WRENPLACE Rd _____, I served, by
        Date                         Address
certified mail, restricted delivery, return receipt requested, Mark S. Zeidman _____.
                                                              Name of opposing party

I have attached the original return receipt.

I certify that I am over the age of 18 and I am NOT the plaintiff or the defendant. I served the documents checked below.

**Check all that apply:**

☐ Writ of Summons _____
                    Issue date of the summons for the complaint/petition/motion listed below

☐ Complaint/Petition/Motion _____
                                      Name of complaint/petition/motion

☐ Domestic Case Information Report (form CC-DCM-001)

☐ Financial Statement

☐ Show Cause Order and Petition _____
                                              Type of petition

☒ Other (list all other documents served): [1099a]

   'Good Faith Credit Payoff Letter - Title 18 U.S.C. 8

## AFFIDAVIT

I solemnly affirm under penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

9/25/22 _____            (_____
        Date                                      Signature

:Evan-R: Huggins ©                  443-501-0189
Printed Name                        Telephone Number

c/o 1001 Frederick Rd. Ste 3166     _____
Address                                           Fax

Catonsville Md. [21228]             _____
City, State, Zip                                  E-mail

**CC-DR-056** (Rev. 04/2021)

**Registered No.** RE104823711US

Date Stamp

Postage $ 26.75

Extra Services & Fees

☐ Signature Confirmation
☐ Registered Mail $11.15
☐ Return Receipt (hardcopy) $ 3.05
☐ Return Receipt (electronic) $ 0.00
☐ Restricted Delivery $ 0.00

Total Postage & Fees $ 23.05

Customer Must Declare Full Value $100.00

Received by 07/08/2022

JUL 08 2022 CATONSVILLE

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM  Evan R Huggins
P.O. BOX 3166
Catonville MD 21228

TO  Attn CFO Mark Zeidman
4401 Wilkens 29 Place Rd
Fort Mill SC 29715

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com

Copy 1 - Customer
(See Information on Reverse)

---

**Registered No.** RE104823708US

Date Stamp

Postage $ 26.75

Extra Services & Fees

☐ Signature Confirmation
☐ Registered Mail $11.15
☐ Return Receipt (hardcopy) $ 3.05
☐ Return Receipt (electronic) $ 0.00
☐ Restricted Delivery $ 0.00

Total Postage & Fees $ 25.15

Customer Must Declare Full Value $100.00

Received by 07/08/2022

JUL 08 2022 CATONSVILLE

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM  Evan R Huggins
P.O. BOX 3166
Catonville MD 21228

TO  Round Point Mortgage
Servicing Corp
P.O. Box 1074150
Dallas TX 75267

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com

Copy 1 - Customer
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Round Point Mortgage
Servicing Corporation
PO Box 674150
Dallas TX 75267-4150

9590 9402 6496 0346 3280 22

2. Article Number (Transfer from service label)
RE 104 823 708 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Attn CFO Mark Zeidman
4401 Wilkens Place Rd
Fort Mill SC 29715

9590 9402 6496 0346 3280 15

2. Article Number (Transfer from service label)
RE 104 823 711 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____

B. Received by (Printed Name)   C. Date of Delivery
7/11/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code and telephone no.<br>U.S. TREASURY BUREAU OF FISCAL SERVICE<br>1500 PENNSYLVANIA AVENUE, N.W.<br>Washington DC 20220<br>US - Phone: 2059126155 | OMB No. 1545-0877<br>**2021**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|
| | **1** Date of lender's acquisition or knowledge of abandonment<br><br>11/1/2020 | **2** Balance of principal outstanding<br><br>$ 211050.87 | **Copy B**<br>**For Borrower**<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |

**Account number (see instructions)**

000655371906

| BORROWER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code<br>ROUNDPOINT MORTGAGE<br>C.F.O. MARK S. ZEIDMAN<br>5016 Parkway Plaza Boulevard<br>Charlotte NC 28217<br>US |
|---|

**3** | **4** Fair market value of property<br><br>$ 287000.00

**5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . . . . . . . . . ☐

**6** Description of property

| LENDER'S TIN | BORROWER'S TIN | Loan # 2107002403 |
|---|---|---|
| 52-0907065 | 26-1193089 | MIN # 10005360131653 |

FOREVER / USA

Form **1099-A**                    www.1099online.com - IRS Approved e File Provider

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's Identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 3.** Reserved for future use

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099a.

 **Office of the Comptroller of the Currency**

July 15, 2022

Evan Randall Huggins
1001 Frederick Rd  Ste 3166
Catonsville MD 21228

Re:  Case # 03357486 - RoundPoint Mortgage Servicing Corporation

Dear Mr. Huggins:

This letter acknowledges receipt of your complaint in the Customer Assistance Group of the Office of the Comptroller of the Currency (OCC). As your complaint is against an entity that does not fall under the jurisdiction of our office, we are referring your letter to the appropriate supervisory agencies, which are the Consumer Financial Protection Bureau (CFPB) and the North Carolina Office of the Commissioner of Banks (NCCOB).

The CFPB's contact information is:

> Consumer Financial Protection Bureau
> PO Box 27170
> Washington, DC 20038
> 1 (855) 411-2372
> www.consumerfinance.gov

The NCCOB's contact information is:

> North Carolina Office of the Commissioner of Banks
> 4309 Mail Service Center
> Raleigh, NC  27699-4309
> 1 (919) 733-3016
> www.nccob.org

---

**CIRCUIT COURT FOR** Baltimore County _____ , **MARYLAND**

City/County

Located at 401 Bosley Ave Towson 21204 _____   **Case No.** _____

Court Address

EVAN RANDALL HUGGINS TRUST © _____   vs.   ROUNDPOINT MORTGAGE SERV. CORP.
Plaintiff                                                    Defendant
c/o 1001 Frederick Rd. Ste 3166                          446 WRENPLACE Rd

Address                                                      Address
Catonsville Md. [21228] _____          FORT MILL SC 29715 _____
City, State, Zip              Telephone           City, State, Zip              Telephone

## CERTIFICATE OF SERVICE

I certify that on this $26^{7H}$ day of July _____ , 2022 _____ , a copy of the

Month              Year

document(s) titled LEGAL NOTICE OF ADVERSE POSESSION CLAIM OF RIGHT ___

Title(s) of document(s)

MEMORANDUM OF UNDERSTANDING, Answer to Complaint, Debtor Information sheet

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

MARK S. ZEIDMAN _____          446 WRENPLACE Rd _____
Name                                                       Address
                                                           FORT MILL SC 29715 _____
CEO Patrick McEnerney | CAO Joseph Gorman          City, State, Zip
Name                                                446 WRENPLACE Rd _____
                                                           Address
July 25th 2022                                      FORT MILL SC 29715 _____
Date                                                       City, State, Zip

_____
Signature of Party Serving

CC-DR-058 (Rev. 06/2019)

Case Filing No #

EVAN RANDALL HUGGINS TRUST©
c/o Huggins :Evan-Randall©
1001 Frederick Rd Ste 3166
Catonsville Maryland near [21228]

July 18, 2022

TO:  POLUNSKY BEITEL GREEN L.L.P.
ATTN: ALLAN B. POLUNSKY,
C/O STEVEN YESGHER, PRIME LENDING, A PLAINSCAPITAL COMPANY
17806 W IH-10
SAN ANTONIO, TEXAS 78201

TO:  ROUNDPOINT MORTGAGE SERVICING CORPORATION
ATTN: MARK S. ZEIDMAN,
CHIEF FINANCIAL OFFICER
446 WRENPLACE RD
FORT MILL, SC 29715

TO:  MERS I.N.C.
P.O. BOX 2026,
Flint, M.I. 48501-2026
RE: 5942 TALBOTT ST., WOODLAWN, MD 21207

EVAN R HUGGINS
**Account # 1004268338**
**Loan # 2107002403**
**MIN #100053601316530095**

**Deed of Trust:**
**NTC Account # PRL01 (Fr. 3021 1/01 FNM/FDM)**

## LEGAL NOTICE OF ADVERSE POSSESSION
## CLAIM OF RIGHT
## FOR
## RESULTANT FAILURES TO PRODUCE DEBT VERIFICATION IN
## DEFAULT

Dear Executive of ROUNDPOINT MORTGAGE SERVICING CORPORATION C/O BRISTOLTON

CORPORATION,

Huggins Trust© Family Office

LEGAL NOTICE OF ADVERSE POSSESSION
1 of 15
Trust Legal File # ERH201902211933050603 8826

**(Organizational Legal Name Entity Identifiers:   26-1193089 – 26-1511648 – 26-2253315)**

While you and all associates are in the legal circumstance of default, the EVAN R. HUGGINS TRUST© Office is hereby legally notifying you that you have exhausted your administrative remedy. You failed to respond to our Trust Office debt verification consideration, whereas you and your associated entities did not produce ANY proof of your right to Quiet Title over our property secured and held in Trust since February 21, 2019. You are in direct violation of federal laws (See Authorities) for a sustaining period of over fifteen (15) business days, as no actual consents exist and signatures revocation endures as a matter of discovery since the first Legal Notice Of Error under the applicable RESPA, Federal Rules Of Civil Procedure, and other federal laws as codified and outlined in my Office correspondence [security agreement], and Claimant's Complaints, submitted with the State of New York Department of State Division of Consumer Protection File No.: **20220713-36803-TG** and served upon all of your associates (which you are copied in), dated back to June 10, 2022. This is a legal notice of possession by the Claimant its Assignor Agent, the Authorized Representative who Assigned the proper Superior claim for beneficial credit secured by the UNITED STATES under Title 18 U.S.C. § 8; And, further by right of adverse possession to claim for allodial Deed of Trust Title under the Administrative Procedures Act of 1946, who's Trust owns the property in fee simple.

**RESTATEMENT OF FACTS ASSERTED TO DATE**

"By your inability and unwillingness to stipulate that you are:

A) A Note Holder In and Of Due Course.

B) An original Creditor of the Note (Financing Instrument) as you could opt-in to open access to your accounting methods procedure history on the transaction but timely failed to do so by

Case Filing No #

omission or you willfully chose to obstruct this process by not providing F.A.S.A.P. G.A.A.P. bookkeeping entry debit evidence of the transaction by a significant act of intentional ignorance;

C) A wet-ink signature on the original Note as required by law;

You and all parties served which include but are not limited to POLUNSKY BEITEL [GREEN] L.L.P. assumed all responsibilities of legal liabilty risk in practice because it is now proven fact that you have violated the core requirements of T.I.L.A. 1968, R.E.S.P.A., 12 eC.F.R. § 1024.35(b); (3); (4); (5); (11), 12 eC.F.R. § 1026.18 & 12 eC.F.R. § 1026.36 [errors cited within referenced Qualified Written Request [Legal Notice Of Error mailed by Claimant] and Article 9 of the Uniform Commercial Code. ALSO, the voided ERRORS AND OMISSIONS / COMPLIANCE AGREEMENT its terms and conditions alleged to be effective on the part of the Grantee at the time and date of the undersigned's signature appearing;

**WHEREAS** other citations outlined by your inaction to timely provide prima facie evidence have prevented material discovery of legal context disproving that you are actaully attempting to collect money on the basis of fraud. On behalf of the named Principal, whom as duly Authorized Representative, and Personal Agent with P.O.A., I have filed a Legal Notice of Default, Cease and Desist Notice and a new Deed of Trust with Quit Claim / Deed of Reconveyance on this property with the Baltimore County Recorder's Office.

1. **You no longer have any claims to or over my verified actual property.**

2. **My Superior real interest in the property is secured in the public's national commercial registry in New York in accordance with U.C.C. Article 9.**

Huggins Trust© Family Office

3. **The alleged Loan Originator and all funding facilitators were paid actual cash value per U.C.C. Article 8.**

4. **You and your constituent partners are under notice that you are now subject to federal investigation – time now.**

**YOU ARE HEREBY ORDERED TO CEASE AND DESIST.**

In good faith, you and ROUNDPOINT MORTGAGE SERVICING CORPORATION being served under RESPA Law and Federal Rules of Civil Procedures, have had more than the allotments due in professional courtesy of three (3) business days or seventy-two (72) hours to contest all valid and warranted correspondences leading up to this notice and now I place your bank under legal obligation to forever release your claim, as this is not – and COULD NOT EVER BE acquiescence granting you – the mortgage bank, which is by fact of law not lawfully entitled to own anything – including any extortionate credit transfer fraud victims' presumed surrendered Quiet Title without allegation and ensuing litgation."

The EVAN R. HUGGINS TRUST© Family Office, "the PLAINTIFF" reserves all rights to the actual property legally held in its possession and lawfully construes its consideration of all facts, as a settled matter without controversy on its part, nor the need for further investigation upon the Defendants' default, except by applicable provisions of law including but not limited to identity theft, intellectual property and copyright laws violations, among others cited with the failure of the Defendants' attempted assignments on the secured Note which must probe more deeply into the extortionate, abusive, predatory lending (of extortionate extensions of alleged credit transfer), and/or evasive tax schemes of a civil and/or criminal nature of the proceeding against the Defendants which

Huggins Trust© Family Office

LEGAL NOTICE OF ADVERSE POSSESSION
4 of 15
Trust Legal File # ERH2019022119330506038826

continues involving its complicit operations conducted through MERS INC. This Office shall not entertain nor cooperate with any future allegations of any kind arising from the Defendants' past failures to verify its negotiation intents on the Note made by appeal of any party acting in concert with the Defendants.

The EVAN R. HUGGINS TRUST© Family Office does not knowingly or willingly intend, consent to, confirm, agree to, nor recognize at any time, any attempt to relinquish its perfected Superior security interest claim and investment ownership in fee simple of the realty specified in this document series as outlined. The Executive Office of this Trust has internally recorded and Published to the New York State Department of State Division of Corporations State Records and Unoform Commercial Code under file no.: **202206270272936**, also with the STATE OF MARYLAND CIRCUIT COURT FOR THE COUNTY OF BALTIMORE (as evidence), all attributes of the internal and external homestead property, its land, plot, fixtures, improvements, adjoinments, and all related accompaniments acquired at the time and hour of the Buyer's (Claimant's) original 2018 sale agreement between the Settlor of Trust, the Agent, the Assigned Authorized Representative, and the Seller JESSICA WHEELER, for which it has verified that it, the Trust did pay actual cash value for in all submissions made and entered into on the court record on behalf of the Trust Office, as PLAINTIFF of asserted and established legal claim to Deed Title in this case under the prescribed supported secured rights laws of the Uniform Commercial Code Article 9 in favor of the PLAINTIFF.  This document shall, under the authority of the EVAN R. HUGGINS TRUST© Family Office – serve as verified evidence and proof of perfected claim on the part of the named Claimant PLAINTIFF to be entered into the court record against the Defendants.

Huggins Trust© Family Office

Case Filing No #

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# LEGAL ENFORCEMENT ACTION

# SIGNATORY AUTHORITIES

On the day of the _____25_____ in the month of _____July_____ of the year 2022 C.E., this legal action is hereby perfected as authorized for execution under the executive powers and authorities granted and vested in the seat of the duly appointed Trustee (TTEE) and his Assignment duties to the seat of the Trust Settlor's Family Office of the EVAN R. HUGGINS TRUST© Estate, an Irrevocable Trust established and recorded on the date of February 21, 2019 with the New York Department of State Division of Corporations.

From The Desk Of The Evan-Randall: Huggins© Family Trust Office

TTEE | AUTH. REP. Reservation of Rights Protected. Copyright 2022.

U.C.C. Article 1-103.6 | U.C.C. Article 1-308 | U.C.C. Article 3-402 | U.C.C. Article 9

AFFIX SEAL

From The Desk Of The Evan-Randall: Huggins© Family Trust Office

AGENT | P.O.A.I.F. Reservation of Rights Protected. Copyright 2022.

U.C.C. Article 1-103.6 | U.C.C. Article 1-308 | U.C.C. Article 3-402 | U.C.C. Article 9

Huggins Trust© Family Office

LEGAL NOTICE OF ADVERSE POSSESSION
6 of 15
Trust Legal File # ERH20190221119330506038826

Case Filing No #

## Notary Acknowledgement
*Notary Does Not Release Jurisdiction*

### Witness Jurat

on _MARYLAND_ State}

in _Baltimore_ County}

_CRAIG S. Lofton_ Subscribed and sworn to be before me, a public notary, the above signed Evan Randall of the Huggins Family©, known to the public and identified as EVAN R. HUGGINS© and such did sign and seal these Witness Testimonies of fact in the form of an [Affidavit, Statment, Claim, or Complaint]. And such has occurred in my presence and affirmed the same in my sight, whereupon I affix my signature and seal as testimony to these facts.

This [day] _25ᵗʰ_

of [month] _July_

[in the] Year _2022_

My Com Exp. _Sept 10, 2023_



Huggins Trust© Family Office

Case Filing No #

# AUTHORITIES

## FEDERAL STATUTES

### TITLE 18 U.S.C. § 8 – Obligation or other security of the United States defined

The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

### TITLE 18 U.S.C. § 402  – Contempts constituting crimes

**Any person, corporation or association willfully disobeying any lawful writ, process, order, rule, decree, or command of any district court of the United States or any court of the District of Columbia, by doing any act or thing therein, or thereby forbidden, if the act or thing so done be of such character as to constitute also a criminal offense under any statute of the United States or under the laws of any State in which the act was committed, shall be prosecuted for such contempt as provided in section 3691 of this title and shall be punished by a fine under this title or imprisonment, or both.**

Such fine shall be paid to the United States or to the complainant or other party injured by the act constituting the contempt, or may, where more than one is so damaged, be divided or apportioned among them as the court may direct, but in no case shall the fine to be paid to the United States exceed, in case the accused is a natural person, the sum of $1,000, nor shall such imprisonment exceed the term of six months.

This section shall not be construed to relate to contempts committed in the presence of the court, or so near thereto as to obstruct the administration of justice, nor to contempts committed in disobedience of any lawful writ, process, order, rule, decree, or command entered in any suit or action brought or prosecuted in the name of, or on behalf of, the United States, but the same, and all other cases of contempt not specifically embraced in this section may be punished in conformity to the prevailing usages at law.

For purposes of this section, the term "State" includes a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States.

## Title 18 U.S.C. § 892 – Making extortionate extensions of credit

(a) Whoever makes any extortionate extension of credit, or conspires to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

(b) In any prosecution under this section, if it is shown that all of the following factors were present in connection with the extension of credit in question, there is prima facie evidence that the extension of credit was extortionate, but this subsection is nonexclusive and in no way limits the effect or applicability of subsection (a):

> (1) The repayment of the extension of credit, or the performance of any promise given in consideration thereof, would be unenforceable, through civil judicial processes against the debtor

(c) In any prosecution under this section, if evidence has been introduced tending to show the existence of any of the circumstances described in subsection (b)(1) or (b)(2), and direct evidence of the actual belief of the debtor as to the creditor's collection practices is not available, then for the purpose of showing the understanding of the debtor and the creditor at the time the extension of credit was made, the court may in its discretion allow evidence to be introduced tending to show the reputation as to collection practices of the creditor in any community of which the debtor was a member at the time of the extension.

## Title 18 U.S.C. § 893 – Financing extortionate extensions of credit

- Whoever willfully advances money or property, whether as a gift, as a loan, as an investment, pursuant to a partnership or profit-sharing agreement, or otherwise, to any person, with reasonable grounds to believe that it is the intention of that person to use the money or property so advanced directly or indirectly for the purpose of making extortionate extensions of credit, shall be fined under this title or an amount not exceeding twice the value of the money or property so advanced, whichever is greater, or shall be imprisoned not more than 20 years, or both.

## Title 18 U.S.C. § 894 – Collection of extensions of credit by extortionate means

Case Filing No #

(a) Whoever knowingly participates in any way, or conspires to do so, in the use of any extortionate means

(1) to collect or attempt to collect any extension of credit, or

(2) to punish any person for the nonrepayment thereof,
shall be fined under this title or imprisoned not more than 20 years, or both.
(b) In any prosecution under this section, for the purpose of showing an implicit threat as a means of collection, evidence may be introduced tending to show that one or more extensions of credit by the creditor were, to the knowledge of the person against whom the implicit threat was alleged to have been made, collected or attempted to be collected by extortionate means or that the nonrepayment thereof was punished by extortionate means.

(c) In any prosecution under this section, if evidence has been introduced tending to show the existence, at the time the extension of credit in question was made, of the circumstances described in section 892(b)(1) or the circumstances described in section 892(b)(2), and direct evidence of the actual belief of the debtor as to the creditor's collection practices is not available, then for the purpose of showing that words or other means of communication, shown to have been employed as a means of collection, in fact carried an express or implicit threat, the court may in its discretion allow evidence to be introduced tending to show the reputation of the defendant in any community of which the person against whom the alleged threat was made was a member at the time of the collection or attempt at collection.

## TITLE 18 U.S.C. § 2071(a)(b) - Material Concealment

(a)

Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.

(b)

Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection,

Huggins Trust© Family Office

LEGAL NOTICE OF ADVERSE POSSESSION
10 of 15
Trust Legal File # ERH2019022119330506038826

the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

## TITLE 18 U.S.C. § 2073 – False Entries & Reports

Whoever, being an officer, clerk, agent, or other employee of the United States or any of its agencies, charged with the duty of keeping accounts or records of any kind, with intent to deceive, mislead, injure, or defraud, makes in any such account or record any false or fictitious entry or record of any matter relating to or connected with his duties; or

Whoever, being an officer, clerk, agent, or other employee of the United States or any of its agencies, charged with the duty of receiving, holding, or paying over moneys or securities to, for, or on behalf of the United States, or of receiving or holding in trust for any person any moneys or securities, with like intent, makes a false report of such moneys or securities—

Shall be fined under this title or imprisoned not more than ten years, or both.

## TITLE 12 U.S.C. § 2605(e) Servicing of mortgage loans and administration of escrow accounts

**Duty of loan servicer to respond to borrower inquiries**

(1) Notice of receipt of inquiry

(A) In general

If any servicer of a federally related mortgage loan receives a qualified written request from the borrower (or an agent of the borrower) for information relating to the servicing of such loan, the servicer shall provide a written response acknowledging receipt of the correspondence within 5 days (excluding legal public holidays, Saturdays, and Sundays) unless the action requested is taken within such period.

(B) Qualified written requestFor purposes of this subsection, a qualified written request shall be a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, that—

(i)  includes, or otherwise enables the servicer to identify, the name and account of the borrower; and

Huggins Trust© Family Office

Case Filing No #

(ii) includes a statement of the reasons for the belief of the borrower, to the extent applicable, that the account is in error or provides sufficient detail to the servicer regarding other information sought by the borrower.

(2) Action with respect to inquiry not later than 30 days (excluding legal public holidays, Saturdays, and Sundays) after the receipt from any borrower of any qualified written request under paragraph (1) and, if applicable, before taking any action with respect to the inquiry of the borrower, the servicer shall—

(A) make appropriate corrections in the account of the borrower, including the crediting of any late charges or penalties, and transmit to the borrower a written notification of such correction (which shall include the name and telephone number of a representative of the servicer who can provide assistance to the borrower);

(B) after conducting an investigation, provide the borrower with a written explanation or clarification that includes—

(i) to the extent applicable, a statement of the reasons for which the servicer believes the account of the borrower is correct as determined by the servicer; and

(ii) the name and telephone number of an individual employed by, or the office or department of, the servicer who can provide assistance to the borrower; or

(C) after conducting an investigation, provide the borrower with a written explanation or clarification that includes—

(i) information requested by the borrower or an explanation of why the information requested is unavailable or cannot be obtained by the servicer; and

(ii) the name and telephone number of an individual employed by, or the office or department of, the servicer who can provide assistance to the borrower.

## TITLE 15 U.S.C. § 1641(b) Liability of assignees - Proof of compliance with statutory provisions

Except as provided in section 1635(c) of this title, in any action or proceeding by or against any subsequent assignee of the original creditor without knowledge to the contrary by the assignee when he acquires the obligation, written acknowledgement of receipt by a person to whom a statement is

required to be given pursuant to this subchapter shall be conclusive proof of the delivery thereof and, except as provided in subsection (a), of compliance with this part. This section does not affect the rights of the obligor in any action against the original creditor.

## TITLE 15 U.S.C. § 1641(c) Liability of assignees - Right of rescission by consumer unaffected

Any consumer who has the right to rescind a transaction under Section 1635 of this title may rescind the transaction as against any assignee of the obligation.

## TITLE 15 U.S.C. § 1641(d)(1)  Liability of assignees - Rights upon assignment of certain mortgages

(1) In general

Any person who purchases or is otherwise assigned a mortgage referred to in section 1602(aa) [1] of this title shall be subject to all claims and defenses with respect to that mortgage that the consumer could assert against the creditor of the mortgage, unless the purchaser or assignee demonstrates, by a preponderance of the evidence, that a reasonable person exercising ordinary due diligence, could not determine, based on the documentation required by this subchapter, the itemization of the amount financed, and other disclosure of disbursements that the mortgage was a mortgage referred to in section 1602(aa) [1] of this title. The preceding sentence does not affect rights of a consumer under subsection (a), (b), or (c) of this section or any other provision of this subchapter.

## TITLE 15 U.S.C. § 1641(e)(1)(A)(B)  Liability of assignee for consumer credit transactions secured by real property

(1) In generalExcept as otherwise specifically provided in this subchapter, any civil action against a creditor for a violation of this subchapter, and any proceeding under section 1607 of this title against a creditor, with respect to a consumer credit transaction secured by real property may be maintained against any assignee of such creditor only if—

(A) The violation for which such action or proceeding is brought is apparent on the face of the disclosure statement provided in connection with such transaction pursuant to this subchapter; and

(B) The assignment to the assignee was voluntary.

Huggins Trust© Family Office                    LEGAL NOTICE OF ADVERSE POSSESSION
                                                                    13 of 15
                                        Trust Legal File # ERH20190221193305060388826

Case Filing No #

**TITLE 15 U.S.C. § 1641(f)(1)  Liability of assignees - Treatment of servicer**

(1) In general

A servicer of a consumer obligation arising from a consumer credit transaction shall not be treated as an assignee of such obligation for purposes of this section unless the servicer is or was the owner of the obligation.

**18 U.S. Code § 4 - Misprision of felony**

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

## FEDERAL CASES

**Hays v. Bankers Trust Co. of Calif., 46 F. Supp. 2d 490 (S.D.W. Va. 1999)**

**In re Schwartz, 366 B.R. 265 (Bankr. D. Mass. 2007)**

**Meyer v. Argent Mtg. Co., 379 BR 529 (Bankr. E.D. Pa. 2007)**

**Miguel v. Country Funding Corp., 309 F.3d 1161 (9th Cir. 2002)**

**Mtg. Elec. Reg. Sys., Inc. v. Estrella, 390 F.3d 522 (7th Cir. 2004)**

**Roberts v. WMC Mortgage Corp., 173 Fed. App'x. 575 (9th Cir. 2006)**

**U.S. v. Ringwood Iron Mines Inc., 151 F. Supp. 421 (D.N.J. 1957)**

**Young v. U.S., 535 U.S. 43 (2002)**

# OTHER AUTHORITIES

1) **Christopher L. Peterson, Predatory Structured Finance, 28 Cardozo L. Rev. 2185 (2007)**

2) **George E. Osborne, Handbook on the Law of Mortgages, § 223 (West 1970)(1951)17, 20 1 Garrard Glenn, Mortgages, Deeds of Trust, and Other Security Devices as to Land, § 249 (Baker, Voorhis & Co. 1943)**

3) **Kathleen C. Engel & Patricia A. McCoy, Turning a Blind Eye: Wall Street Finance of Predatory Lending, 75 Fordham L. Rev. 2039 (2007)**

4) **Phyllis K. Slesinger & Daniel Mclaughlin, Mortgage Electronic Registration System, 31 Idaho L. Rev. 805 (1995)**

5) **R.K. Arnold, Yes, There is Life on MERS, Prob. & Prop., Aug. 1997, at 33(1995)**

6) **William F. Walsh, A Treatise on Mortgages §§ 3, 65, 67(Callaghan and Co. 1934) . 11, 20**

EVAN RANDALL HUGGINS TRUST©
c/o EVAN R HUGGINS
Huggins :Evan-Randall©
1001 Frederick Rd. Ste 3166
Catonsville Maryland near [21228]

July 20, 2022

TO:  ROUNDPOINT MORTGAGE SERVICING CORPORATION
ATTN: CEO Patrick McEnerney | CAO Joseph M. Gormley
446 WRENPLACE RD
FORT MILL, SC 29715

EVAN R HUGGINS
**Account # 1004268338**
**Loan # 2107002403**
**MIN #100053601316530095**

**Deed of Trust:**
**NTC Account # PRL01 (Fr. 3021 1/01 FNM/FDM)**

### Memorandum Of Understanding

Attention CEO Mr. Patrick McEnerney; CAO Mr. Joseph Gormley of ROUNDPOINT MORTGAGE

SERVICING CORPORATION:


Your CFO Mr. Mark Zeidman, or some party under his supervision has notified my office of

confirmed receipt of the Principal's 'good-faith' [credit] payment in accordance with Article 3-603(b)

of the Uniform Commercial Code laws, which was tendered electronically on 7/5/2022 9:13:49 PM

CST. The payment was made in the interest of the secured property holder for the Principal intended to

satisy the alleged, thus far un-verified, outstanding debt in good faith. By acceptance of the tendered

payment, on behalf of ROUNDPOINT MORTGAGE SERVICING CORPORATION your CFO agrees

Huggins Trust© Family Office                          Memorandum Of Understanding

to perform according to all  terms and conditions as prescribed in the payoff contract arrangement. Please e-mail, fax, telex, call and/or meet with your associated Finance Manager(s) and/or their subordinate CSR caseload employees, one of which who is assigned, and is named Rashunda Ferguson (ROUNDPOINT MORTGAGE SERVICING CORPORATION PO BOX 9805 Temecula CA, 92589) with these updates to have them stop harrassing my party with these incessant letters and unrelevant calls.

The Principal is of the understanding to date that there was no verified proveable record of an open contract for ANY of these claims as it were, which was stated by your CSRs at ROUNDPOINT VIA EMAIL. If this kind of activity continues, in compliance with the Fair Credit Reporting Act and the Fair Debt Collections Practices Act, I must action a court ordered levy against your account with Bank Of America in the sum of $1000.00 per instance of each infraction, (whether or not they may be "attempts to help" by all means of communication, be they direct human intervention or robotic A.I. CRM call systems) to be prosecuted in addition to further litigation – as my Notice Of Error went unacknowledged beyond the alloted timeframe permissible to your organization under applicable local, state, and federal statutory law.

My party does not waive any right whatsoever and equally does not consent to further under full reservation of those stated rights. Any of the bookentry reconcilliatory concerns regarding the actual wire transfer, setoff, settlement, and closure procedures on the obligation are matters of the Internal Revenue Service. Issues with the Uniform Commercial Code are to be taken up with CSC GLOBAL. You may reach out to them at any time for your own convenience. Thank you for your expedient attention and anticipated positive cooperation in these concerns.

Huggins Trust© Family Office                                   Memorandum Of Understanding

2

Trust Legal File # ERH2019022119330506038830

# SIGNATORY AUTHORITIES

By terms and conditional acceptance made on the 20th day, in the month of July, and of the year 2022

C.E., this memorandum of understanding regarding the matter at hand between Rashunda Ferguson and

the EVAN R. HUGGINS TRUST© is hererby made as authorized for execution under the executive

powers and authorities granted and vested in the seat of the duly appointed Trustee (TTEE) and his

Assignment duties to the seat of the Trust Settlor's Family Office of the EVAN R. HUGGINS

TRUST©, an Irrevocable Trust established and recorded on the date of February 21, 2019 with the

New York Department of State Division of Corporations;

From The Desk Of The Evan-Randall: Huggins© Family Trust Office

TTEE | AUTH. REP. Reservation of Rights Protected. Copyright 2022.

U.C.C. Article 1-103.6 | U.C.C. Article 1-308 | U.C.C. Article 3-402 | U.C.C. Article 9

AFFIX SEAL

From The Desk Of The Evan-Randall: Huggins© Family Trust Office

AGENT | P.O.A.I.F. Reservation of Rights Protected. Copyright 2022.

U.C.C. Article 1-103.6 | U.C.C. Article 1-308 | U.C.C. Article 3-402 | U.C.C. Article 9

## Notary Acknowledgement
### *Notary Does Not Release Jurisdiction*

Witness Jurat

on _MARYLAND_ State}
in _Baltimore_ County}

_Craig S. Lofton_ Subscribed and sworn to be before me, a public notary, the above signed Evan Randall of the Huggins Family© , known to the public and identified as EVAN R. HUGGINS© and such did sign and seal these Witness Testimonies of fact in the form of an [Affidavit, Statment, Claim, or Complaint]. And such has occurred in my presence and affirmed the same in my sight, whereupon I affix my signature and seal as testimony to these facts.

This [day]_ 25ᵗᴴ_

of [month]_ July_

[in the] Year_ 2022_

My Com Exp._ Sept 10, 2023_



☐ **Mark this box if this form contains Restricted Information.**

**CIRCUIT COURT FOR** Baltimore County ___ ___ ___ ___ ___ ___ , **MARYLAND**

City/County

Located at  401 Bosley Ave Towson 21204 | **Case No.** _____
Court Address

EVAN RANDALL HUGGINS TRUST © _____ | vs. | ROUNDPOINT MORTGAGE SERV. CORP. _____
Plaintiff | | Defendant
c/o 1001 Frederick Rd. Ste 3166 | | 446 WRENPLACE Rd
Address | | Address
Catonsville Md. [21228] | | FORT MILL SC 29715
City, State, Zip  Telephone | | City, State, Zip  Telephone

## ANSWER TO ☒ COMPLAINT ☐ PETITION ☐ MOTION
### (Md. Rule 2-323)

**MDEC counties only: If this submission contains Restricted Information (confidential by statute, rule or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission, and check the Restricted Information box on this form.**

I, Mark S. Zeidman _____ , state the following answers to the
Name

Cons. Comp Form (DOS 2098f 20220713-36803-TG) CounterClaim _____  filed against me:
Name of complaint, petition, or motion

1. Paragraph No. 1 (***check one***):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 1.
2. Paragraph No. 2 (***check one***):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 2.
3. Paragraph No. 3 (***check one***):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 3.
4. Paragraph No. 4 (***check one***):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 4.

Case No. _____ _____ _____ _____

5. Paragraph No. 5 (***check one***):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 5.

6. Paragraph No. 6 (***check one***):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 6.

7. Paragraph No. 7 (***check one***):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 7.

8. Paragraph No. 8 (***check one***):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 8.

9. Paragraph No. 9 (***check one***):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 9.

ANSWE
ANSMO

Case No. _____ _____ _____

10. Paragraph No. 10 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 10.

11. Paragraph No. 11 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 11.

12. Paragraph No. 12 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 12.

13. Paragraph No. 13 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 13.

14. Paragraph No. 14 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 14.

ANSWE
ANSMO

Case No.

15. Paragraph No. 15 (*check one*):
- ☐ I admit the statement(s).
- ☐ I deny the statement(s).
- ☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
- ☐ I do not have enough information to either admit or deny the statement(s).
- ☐ There is no paragraph no. 15.

16. In my defense to any of the statements made by the opposing party, I would like the court to consider the following facts: _____

_____

**FOR THESE REASONS,** I request (*check all that apply*):
- ☐ Dismiss / Deny the complaint / petition / motion.
- ☐ Grant the relief requested in the complaint / petition / motion.
- ☐ Grant all of the relief requested in the complaint / petition / motion **except** dismiss / deny

_____
State the relief requested by the opposing party that you do NOT want the court to grant.
- ☒ Order any other appropriate relief.

_____          _____
Date                                                Signature

## AFFIDAVIT

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_____          _____
Date                                                Signature

Printed Name                                    Telephone Number

Address                                            Fax

City, State, Zip                                  E-mail

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Answer, and any attached documents, upon the following persons by ☒ mailing first class mail, postage prepaid ☐ hand delivery, on _____ to:

ROUNDPOINT MORTGAGE SERV. CORP.          446 WRENPLACE Rd
_____                              _____
Name                                                            Address
                                                                       FORT MILL SC 29715
                                                                       _____
                                                                       City, State, Zip

Mark S. Zeidman                                       446 WRENPLACE Rd
_____                              _____
Name                                                            Address
                                                                       FORT MILL SC 29715
                                                                       _____
                                                                       City, State, Zip

July 25-*th* 2022                                     _____
_____                              Signature of Party Serving
Date

ANSWE
ANSMO

☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Baltimore County

Located at 401 Bosley Ave Towson 21204      Case No. _____
_____Court Address_____             

EVAN RANDALL HUGGINS TRUST ©     vs.     ROUNDPOINT MORTGAGE SERV. CORP.
_____Plaintiff/Judgment Creditor_____        _____Defendant/Judgment Debtor_____

# JUDGMENT DEBTOR (DEFENDANT) INFORMATION SHEET
## (Md. Rules 2-634 and 3-634)

**Read This Before Filling in This Form:** If you complete and sign this form you are swearing under penalty of perjury that you are telling the truth. <u>DO NOT FILE A COPY OF THIS FORM WITH THE COURT.</u> Return the completed form to the person or company that sent it to you no later than 30 days after you receive it. If you do not, you may have to come to court to answer questions about your assets and income. If you then fail to come to court, the court may issue a body attachment and you could be arrested for contempt. Please note:

- You have rights that may protect some of the property. See page two (2) for resources that provide additional information and assistance in completing the Information Sheet.
- You are not required by law to give up things listed on this form to satisfy a judgment unless the court orders.
- You have the right to consult with an attorney before completing this form.

**My Information:**

| Full Legal Name: | Social Security Number: ___-___-___ | Date of Birth: |
|---|---|---|
| All Other Names You Have Been Known By: | Driver's License Number: | |

Where do you receive mail? ☐ At my home address: _____
☐ At this address: _____

Telephone Numbers: Cell:_____ Home:_____ Business:_____ Other:_____

**I have the following job(s):**

| Job Title: | Employer: |
|---|---|
| Work Address: | |
| Pay: $_____ per _____ | Average Paycheck: $_____ per _____ |
| Job Title: | Employer: |
| Work Address: | |
| Pay: $_____ per _____ | Average Paycheck: $_____ per _____ |

*Attach additional sheets if necessary.*

I get commission/bonuses on average $_____ per _____ from _____.

I also get money from: ☐ Social Security ☐ Child Support ☐ Disability Benefits ☐ Retirement Benefits
☐ Other: $_____ per ☐ week ☐ month ☐ year Source:_____.

**I own the following things:**

| Real Estate (Land) that I own or that I am currently buying: | Address: |
|---|---|
| Name(s) of Owner(s): | |

☐ I pay a mortgage: $_____ per _____ to _____
☐ No mortgage.
☐ The owners listed are married.

| Cars that I own or that I am currently buying: | Year: | Make: | Model: | Color: |
|---|---|---|---|---|

| Tag No.: | Mileage: | Owner(s): |
|---|---|---|

☐ I pay a car loan: $_____ per _____ to _____ and owe a total of: $ _____ .

☐ No car loan.

---

**Financial Account(s):** (Bank, savings, credit union, and other financial accounts)

| Name of Institution<br><br>Account No. | Amount now:<br><br>$_____ | ☐ Social Security is paid into this account.<br>☐ This account is joint with the following person(s): |
|---|---|---|
| Name of Institution<br><br>Account No. | Amount now:<br><br>$_____ | ☐ Social Security is paid into this account.<br>☐ This account is joint with the following person(s): |

*Attach additional sheets if necessary.*

**Have you sold or given away any property worth more than $500.00 in the past year?**

| ☐ No. | ☐ Yes. I ☐ sold ☐ gave away _____ (item) |
|---|---|
| | to _____ (name & address) |
| | for $ _____ . |

*Attach additional sheets if necessary.*

**Does anyone owe you money?**

| ☐ Not so far as I know. | ☐ Yes. Name:_____ |
|---|---|
| | Address:_____ |
| | owes me $_____ because:_____ |

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_____          _____
Date                                                              Signature of Defendant/Judgment Debtor

## <u>DO NOT</u> FILE A COPY OF THIS FORM WITH THE COURT.

Return the completed form to the person or company that sent it to you no later than 30 days after you receive it. If you do not, you may have to come to court to answer questions about your assets and income. If you then fail to come to court, the court may issue a body attachment and you could be arrested for contempt.

Please attach copies of the following, if you have them or can get them:
- A copy of your last pay stub.
- A copy of your last THREE (3) bank statements for each account you have.
- A copy of your tax return, for the most recent tax year that you filed a return, within the past THREE (3) years.

**<u>Web-based and in-person resources:</u>**
- Maryland Court Help Centers 410-260-1392
- www.mdcourts.gov/helpcenter
- www.peoples-law.org

**CIRCUIT COURT FOR** Baltimore County _____, **MARYLAND**

City/County

Located at 401 Bosley Ave Towson 21204 _____ Case No. _____

Court Address

EVAN RANDALL HUGGINS TRUST © _____        vs.        ROUNDPOINT MORTGAGE SERV. CORP.

Plaintiff                                                                        Defendant

c/o 1001 Frederick Rd. Ste 3166                              446 WRENPLACE Rd

Address                                                                        Address

Catonsville Md. [21228] _____           FORT MILL SC 29715 _____

City, State, Zip                          Telephone            City, State, Zip                          Telephone

## CERTIFICATE OF SERVICE

I certify that on this ___26th___ day of ___July___, ___2022___, a copy of the

Month                        Year

document(s) titled NEGATIVE AVERMENT LETTER,

Title(s) of document(s)

Memorandum of Understanding, Answer To Complaint, Debtor Information Sheet

was/were ☒ mailed, postage prepaid ☐ hand delivered, to:

Walter Hopewell IV                                               PO BOX 19789

Name                                                                        Address

                                                                               CHARLOTTE NC 28219

                                                                               City, State, Zip

Rashunda Ferguson                                               PO BOX 9085

Name                                                                        Address

                                                                               Temecula CA 92859

July 25th 2022                                                      _____

Date                                                                        Signature of Party Serving

CC-DR-058 (Rev. 06/2019)

EVAN RANDALL HUGGINS TRUST©
c/o EVAN R HUGGINS
Huggins :Evan-Randall©
1001 Frederick Rd. Ste 3166
Catonsville Maryland near [21228]

July 20, 2022

TO:  ROUNDPOINT MORTGAGE SERVICING CORPORATION
ATTN: Rashunda Ferguson
PO BOX 9085
Temecula CA, 92589-9805

TO:  MERS I.N.C.
P.O. BOX 2026,
Flint, M.I. 48501-2026
RE: 5942 TALBOTT ST., WOODLAWN, MD 21207

EVAN R HUGGINS
**Account # 1004268338**
**Loan # 2107002403**
**MIN #100053601316530095**

**Deed of Trust:**
**NTC Account # PRL01 (Fr. 3021 1/01 FNM/FDM)**

<div align="center">

**CONDITIONAL ACCEPTANCE**
**LEGAL NOTICE OF INQUIRY**

</div>

Attention Representative Rashunda Ferguson  of ROUNDPOINT MORTGAGE SERVICING

CORPORATION:

Thank you for your recent correspondence letter No. 2371343431, 2371343419, and your

personal interest in helping my party to refinance on this obligation, however, the actual debt account

in question was not legally validated by your Corporate Supervisor(s). In my consideration, your

personal offer to contract is conditionally accepted by proof of valid claim under Fair Credit Reporting

Act Law and the Fair Debt Collections Practices Act as made expilicitly clear to your Corporate

Huggins Trust© Family Office                                            LEGAL INQUIRY

Supervisor(s). The named Principal would gladly resume payment activities on the account if the following conditions are met with clean hands by your Upper management as originally asked. Your response is warranted but it does not satisfy the verfied critical issue points of concern that the Principal expressed nor what was actually asked in the [QWR] Legal Notice Of Error (ursuant to 12 eC.F.R.; § 1024.35; § 1026.18; § 1026.36. If you are unaware, by law, the original terms and conditions of the Administrative Procedures Act Of 1946 are very specific and my questions MUST BE ANSWERED ['duty of a servicer to respond' R.E.S.P.A]  – to date – they were not. In his good faith attempts to correct a fault -- Does Not a man have a legal right to ask questions to better ascertain the material nature of a matter being brought to his attention in America? Are Not all men equal under the fairness of law in America? In such You are hereby Noticed and now have three (3) days to produce your proof on the following questions or you legally agree and consent to be included and held personally financially liable as a named litigant for your harassment in the ensuing legal action against ROUNDPOINT MORTGAGE SERVICING CORPORATION and its parent company. From your firsthand knowledge (if any), please answer the following questions directly and without reservation. Under the penalty of perjury in court, you and ROUNDPOINT MORTGAGE SERVICING CORPORATION and its parent must satisfy each condition of my request made point by point:

**A)** Who is the legal Note Holder Of Due Course? Please identify this person or these persons.

**B)** Is ROUNDPOINT MORTGAGE SERVICING CORPORATION an original Creditor of the Note?

**C)** As required by law, can ROUNDPOINT MORTGAGE SERVICING CORPORATION show me a legally valid and enforceable wet-ink signature made by the Principal between ROUNDPOINT MORTGAGE SERVICING CORPORATION and its investor or pool of investors on the original Note?

**D)** Was ROUNDPOINT MORTGAGE SERVICING CORPORATION a verified signing party on the original Promissory Note? Please produce any documentation you personally have of this for my inspection to have my Party resume paying in Federal Reserve Notes.

**E)** Is a Promissory Note actual cash value and how did/does the bank incur risk if it is?

# LEGAL

# SIGNATORY AUTHORITIES

By terms and conditional acceptance made on the 20th day, in the month of July, and of the year 2022 C.E., this legal inquiry into the matter at hand between Rashunda Ferguson  and the EVAN R. HUGGINS TRUST© is hererby made as authorized for execution under the executive powers and authorities granted and vested in the seat of the duly appointed Trustee (TTEE) and his Assignment duties to the seat of the Trust Settlor's Family Office of the EVAN R. HUGGINS TRUST©, an Irrevocable Trust established and recorded on the date of February 21, 2019 with the New York Department of State Division of Corporations.

From The Desk Of The Evan-Randall: Huggins© Family Trust Office

TTEE | AUTH. REP. Reservation of Rights Protected. Copyright 2022.

U.C.C. Article 1-103.6 | U.C.C. Article 1-308 | U.C.C. Article 3-402 | U.C.C. Article 9.

AFFIX SEAL

From The Desk Of The Evan-Randall: Huggins© Family Trust Office

AGENT | P.O.A.I.F. Reservation of Rights Protected. Copyright 2022.

U.C.C. Article 1-103.6 | U.C.C. Article 1-308 | U.C.C. Article 3-402 | U.C.C. Article 9

Huggins Trust© Family Office

LEGAL INQUIRY

3

Trust Legal File # ERH201902211933050603 8831

## Notary Acknowledgement
*Notary Does Not Release Jurisdiction*

Witness Jurat

on ___MARYLAND___ State}
in ___Baltimore___ County}

___Craig S. Lofton___ Subscribed and sworn to be before me, a public notary, the above signed Evan Randall of the Huggins Family© known to the public and identified as EVAN R. HUGGINS© and such did sign and seal these Witness Testimonies of fact in the form of an [Affidavit, Statment, Claim, or Complaint]. And such has occurred in my presence and affirmed the same in my sight, whereupon I affix my signature and seal as testimony to these facts.

This [day]___25th___

of [month]___July___

[in the] Year___2022___

My Com Exp.___Sept 10, 2023___



☐ **Mark this box if this form contains Restricted Information.**

**CIRCUIT COURT FOR** Baltimore County _____, **MARYLAND**

City/County

Located at 401 Bosley Ave Towson 21204      **Case No.** _____

Court Address

EVAN RANDALL HUGGINS TRUST ©     vs.     ROUNDPOINT MORTGAGE SERV. CORP.

Plaintiff                                                    Defendant

c/o 1001 Frederick Rd. Ste 3166                          446 WRENPLACE Rd

Address                                                          Address

Catonsville Md. [21228]                                         FORT MILL SC 29715

City, State, Zip                   Telephone                   City, State, Zip                     Telephone

## ANSWER TO ☒ COMPLAINT ☐ PETITION ☐ MOTION
### (Md. Rule 2-323)

**MDEC counties only: If this submission contains Restricted Information (confidential by statute, rule or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission, and check the Restricted Information box on this form.**

I, Walter Hopewell IV _____, state the following answers to the

Name

Cons. Comp Form (DOS 2098f 20220713-36803-TG) CounterClaim      filed against me:

Name of complaint, petition, or motion

1. Paragraph No. 1 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 1.

2. Paragraph No. 2 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 2.

3. Paragraph No. 3 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 3.

4. Paragraph No. 4 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 4.

CC-DR-050 (Rev. 01/2021)                          Page 1 of 4                              **ANSWE**
                                                                                       **ANSMO**

Case No._____

5. Paragraph No. 5 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 5.

6. Paragraph No. 6 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 6.

7. Paragraph No. 7 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 7.

8. Paragraph No. 8 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 8.

9. Paragraph No. 9 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 9.

ANSWE
ANSMO

Case No. _____

**10. Paragraph No. 10 (*check one*):**
☐ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 10.

**11. Paragraph No. 11 (*check one*):**
☐ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 11.

**12. Paragraph No. 12 (*check one*):**
☐ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 12.

**13. Paragraph No. 13 (*check one*):**
☐ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 13.

**14. Paragraph No. 14 (*check one*):**
☐ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 14.

ANSWE
ANSMO

Case No. _____

15. Paragraph No. 15 (**check one**):
☐ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 15.

16. In my defense to any of the statements made by the opposing party, I would like the court to consider
the following facts: _____

_____


**FOR THESE REASONS,** I request (**check all that apply**):
☐ Dismiss / Deny the complaint / petition / motion.
☐ Grant the relief requested in the complaint / petition / motion.
☐ Grant all of the relief requested in the complaint / petition / motion **except** dismiss / deny

_____
State the relief requested by the opposing party that you do NOT want the court to grant.
☒ Order any other appropriate relief.

_____        _____
Date                                    Signature

## AFFIDAVIT

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my
knowledge, information, and belief.

_____        _____
Date                                    Signature

_____        _____
Printed Name                            Telephone Number

_____        _____
Address                                 Fax

_____        _____
City, State, Zip                        E-mail

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Answer, and any attached documents, upon the following persons by
☒ mailing first class mail, postage prepaid ☐ hand delivery, on _____ to:

ROUNDPOINT MORTGAGE SERV. CORP.        446 WRENPLACE Rd
_____        _____
Name                                    Address

                                        FORT MILL SC 29715
                                        _____
                                        City, State, Zip

Walter Hopewell IV                     PO BOX 19789
_____        _____
Name                                    Address

                                        CHARLOTTE NC 28219
                                        _____
                                        City, State, Zip

July 25th 2022                          _____
_____        Signature of Party Serving
Date

☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Baltimore County
<br>City/County

Located at 401 Bosley Ave Towson 21204      Case No. _____
<br>                Court Address

EVAN RANDALL HUGGINS TRUST ©     vs.     ROUNDPOINT MORTGAGE SERV. CORP.
<br>     Plaintiff/Judgment Creditor                              Defendant/Judgment Debtor

## JUDGMENT DEBTOR (DEFENDANT) INFORMATION SHEET
### (Md. Rules 2-634 and 3-634)

**Read This Before Filling in This Form:** If you complete and sign this form you are swearing under penalty of perjury that you are telling the truth. <u>DO NOT FILE A COPY OF THIS FORM WITH THE COURT.</u> Return the completed form to the person or company that sent it to you no later than 30 days after you receive it. If you do not, you may have to come to court to answer questions about your assets and income. If you then fail to come to court, the court may issue a body attachment and you could be arrested for contempt. Please note:

- You have rights that may protect some of the property. See page two (2) for resources that provide additional information and assistance in completing the Information Sheet.
- You are not required by law to give up things listed on this form to satisfy a judgment unless the court orders.
- You have the right to consult with an attorney before completing this form.

**My Information:**

| Full Legal Name: | Social Security Number: ___-___-___ | Date of Birth: |
|---|---|---|
| All Other Names You Have Been Known By: | Driver's License Number: | |

Where do you receive mail? ☐ At my home address: _____
<br>☐ At this address: _____

| Telephone Numbers: Cell:_____ Home:_____ Business:_____ Other:_____ |
|---|

**I have the following job(s):**

| Job Title: | Employer: |
|---|---|
| Work Address: | |
| Pay: $_____ per _____ | Average Paycheck: $_____ per _____ |
| Job Title: | Employer: |
| Work Address: | |
| Pay: $_____ per _____ | Average Paycheck: $_____ per _____ |

*Attach additional sheets if necessary.*

I get commission/bonuses on average $_____ per _____ from _____.

I also get money from: ☐ Social Security ☐ Child Support ☐ Disability Benefits ☐ Retirement Benefits
<br>☐ Other: $_____ per ☐ week ☐ month ☐ year Source:_____

**I own the following things:**

| Real Estate (Land) that I own or that I am currently buying: | Address: |
|---|---|
| Name(s) of Owner(s): | |

☐ I pay a mortgage: $_____ per _____ to _____.
<br>☐ No mortgage.
<br>☐ The owners listed are married.

| Cars that I own or that I am currently buying: | Year: | Make: | Model: | Color: |
|---|---|---|---|---|
| Tag No.: | Mileage: | Owner(s): | | |

☐ I pay a car loan: $_____ per _____ to _____ and owe a total of: $ _____.

☐ No car loan.

| Financial Account(s): (Bank, savings, credit union, and other financial accounts) | | |
|---|---|---|
| Name of Institution<br><br>Account No. | Amount now:<br><br>$_____ | ☐ Social Security is paid into this account.<br>☐ This account is joint with the following person(s):<br>_____ |
| Name of Institution<br><br>Account No. | Amount now:<br><br>$_____ | ☐ Social Security is paid into this account.<br>☐ This account is joint with the following person(s):<br>_____ |

*Attach additional sheets if necessary.*

**Have you sold or given away any property worth more than $500.00 in the past year?**

| ☐ No. | ☐ Yes. I ☐ sold ☐ gave away _____ (item)<br>to _____ (name & address)<br>for $ _____ . |
|---|---|

*Attach additional sheets if necessary.*

**Does anyone owe you money?**

| ☐ Not so far as I know. | ☐ Yes. Name:_____<br>Address:_____<br>owes me $_____ because:_____ |
|---|---|

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_____  _____
Date                                   Signature of Defendant/Judgment Debtor

## <u>DO NOT</u> FILE A COPY OF THIS FORM WITH THE COURT.

Return the completed form to the person or company that sent it to you no later than 30 days after you receive it. If you do not, you may have to come to court to answer questions about your assets and income. If you then fail to come to court, the court may issue a body attachment and you could be arrested for contempt.

Please attach copies of the following, if you have them or can get them:
- A copy of your last pay stub.
- A copy of your last THREE (3) bank statements for each account you have.
- A copy of your tax return, for the most recent tax year that you filed a return, within the past THREE (3) years.

**<u>Web-based and in-person resources:</u>**
- Maryland Court Help Centers 410-260-1392
- www.mdcourts.gov/helpcenter
- www.peoples-law.org

☐ **Mark this box if this form contains Restricted Information.**

**CIRCUIT COURT FOR** Baltimore County _____, **MARYLAND**
City/County

Located at 401 Bosley Ave Towson 21204 _____ **Case No.** _____
Court Address

EVAN RANDALL HUGGINS TRUST © _____ vs. ROUNDPOINT MORTGAGE SERV. CORP. _____
Plaintiff                                                    Defendant
c/o 1001 Frederick Rd. Ste 3166 _____          446 WRENPLACE Rd _____
Address                                                     Address
Catonsville Md. [21228]                                     FORT MILL SC 29715
City, State, Zip                    Telephone               City, State, Zip                    Telephone

## ANSWER TO ☒ COMPLAINT ☐ PETITION ☐ MOTION
### (Md. Rule 2-323)

**MDEC counties only: If this submission contains Restricted Information (confidential by statute, rule or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission, and check the Restricted Information box on this form.**

I, Rashunda Ferguson _____, state the following answers to the
Name

Cons. Comp Form (DOS 2098f 20220713-36803-TG) CounterClaim _____ filed against me:
Name of complaint, petition, or motion

1. Paragraph No. 1 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 1.

2. Paragraph No. 2 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 2.

3. Paragraph No. 3 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 3.

4. Paragraph No. 4 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 4.

**CC-DR-050** (Rev. 01/2021)            Page 1 of 4            **ANSWE**
                                                              **ANSMO**

Case No._____

5. Paragraph No. 5 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 5.

6. Paragraph No. 6 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 6.

7. Paragraph No. 7 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 7.

8. Paragraph No. 8 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 8.

9. Paragraph No. 9 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 9.

ANSWE
ANSMO

Case No. ___ ___ _____ ____

10. Paragraph No. 10 (*check one*):
☐ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 10.

11. Paragraph No. 11 (*check one*):
☐ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 11.

12. Paragraph No. 12 (*check one*):
☐ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 12.

13. Paragraph No. 13 (*check one*):
☐ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 13.

14. Paragraph No. 14 (*check one*):
☐ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 14.

ANSWE
ANSMO

Case No. _____

15. Paragraph No. 15 (*check one*):
  ☐ I admit the statement(s).
  ☐ I deny the statement(s).
  ☐ I deny all of the statement(s), **except** that I admit that

  _____
  State the facts contained in this paragraph that you admit
  ☐ I do not have enough information to either admit or deny the statement(s).
  ☐ There is no paragraph no. 15.

16. In my defense to any of the statements made by the opposing party, I would like the court to consider
  the following facts: _____

  _____

**FOR THESE REASONS**, I request (*check all that apply*):
  ☐ Dismiss / Deny the complaint / petition / motion.
  ☐ Grant the relief requested in the complaint / petition / motion.
  ☐ Grant all of the relief requested in the complaint / petition / motion **except** dismiss / deny

  _____
  State the relief requested by the opposing party that you do NOT want the court to grant.
  ☒ Order any other appropriate relief.

_____        _____
Date                                Signature

## AFFIDAVIT

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my
knowledge, information, and belief.

_____        _____
Date                                Signature

_____        _____
Printed Name                        Telephone Number

_____        _____
Address                             Fax

_____        _____
City, State, Zip                    E-mail

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Answer, and any attached documents, upon the following persons by
☒ mailing first class mail, postage prepaid ☐ hand delivery, on _____ to:

ROUNDPOINT MORTGAGE SERV. CORP.            446 WRENPLACE Rd
_____               _____
Name                                       Address
                                           FORT MILL SC 29715
                                           _____
                                           City, State, Zip
Rashunda Ferguson                          PO BOX 9085
_____               _____
Name                                       Address
                                           Temecula, CA 92589
                                           _____
                                           City, State, Zip
July 25th 2022                             _____
_____               Signature of Party Serving
Date

CC-DR-050 (Rev. 01/2021)          Page 4 of 4                **ANSWE**
                                                            **ANSMO**

☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** <u>Baltimore County</u>
                                                                                City/County

Located at <u>401 Bosley Ave Towson 21204</u> _____ Case No. _____
                        Court Address

EVAN RANDALL HUGGINS TRUST ©     vs.     ROUNDPOINT MORTGAGE SERV. CORP.
_____                _____
Plaintiff/Judgment Creditor                              Defendant/Judgment Debtor

## JUDGMENT DEBTOR (DEFENDANT) INFORMATION SHEET
### (Md. Rules 2-634 and 3-634)

**Read This Before Filling in This Form:** If you complete and sign this form you are swearing under penalty of perjury that you are telling the truth. <u>DO NOT FILE A COPY OF THIS FORM WITH THE COURT.</u> Return the completed form to the person or company that sent it to you no later than 30 days after you receive it. If you do not, you may have to come to court to answer questions about your assets and income. If you then fail to come to court, the court may issue a body attachment and you could be arrested for contempt. Please note:

- You have rights that may protect some of the property. See page two (2) for resources that provide additional information and assistance in completing the Information Sheet.
- You are not required by law to give up things listed on this form to satisfy a judgment unless the court orders.
- You have the right to consult with an attorney before completing this form.

**My Information:**

| Full Legal Name: | Social Security Number: | Date of Birth: |
|---|---|---|
|  | ___-____-___ |  |
| All Other Names You Have Been Known By: | Driver's License Number: | |

Where do you receive mail? ☐ At my home address: _____
☐ At this address: _____

| Telephone Numbers: Cell:_____ | Home:_____ | Business:_____ | Other:_____ |

**I have the following job(s):**

| Job Title: | Employer: |
|---|---|
| Work Address: | |
| Pay: $_____ per _____ | Average Paycheck: $_____ per _____ |
| Job Title: | Employer: |
| Work Address: | |
| Pay: $_____ per _____ | Average Paycheck: $_____ per _____ |

*Attach additional sheets if necessary.*

I get commission/bonuses on average $_____ per _____ from _____.

I also get money from: ☐ Social Security ☐ Child Support ☐ Disability Benefits ☐ Retirement Benefits
☐ Other: $ _____ per ☐ week ☐ month ☐ year  Source: _____.

**I own the following things:**

| Real Estate (Land) that I own or that I am currently buying: | Address: |
|---|---|
| Name(s) of Owner(s): | |
| ☐ I pay a mortgage: $_____ per _____ to _____ | |
| ☐ No mortgage. | |
| ☐ The owners listed are married. | |

| Cars that I own or that I am currently buying: | Year: | Make: | | Model: | Color: |
|---|---|---|---|---|---|
| Tag No.: | Mileage: | | Owner(s): | | |

☐ I pay a car loan: $_____ per _____ to _____ and owe a total of: $ _____.
☐ No car loan.

| Financial Account(s): (Bank, savings, credit union, and other financial accounts) | | |
|---|---|---|
| Name of Institution | Amount now: | ☐ Social Security is paid into this account. |
| | | ☐ This account is joint with the following person(s): |
| Account No. | $_____ | _____ |
| Name of Institution | Amount now: | ☐ Social Security is paid into this account. |
| | | ☐ This account is joint with the following person(s): |
| Account No. | $_____ | _____ |

*Attach additional sheets if necessary.*

**Have you sold or given away any property worth more than $500.00 in the past year?**

| ☐ No. | ☐ Yes. I ☐ sold ☐ gave away _____ (item) |
|---|---|
| | to _____ (name & address) |
| | for $ _____. |

*Attach additional sheets if necessary.*

**Does anyone owe you money?**

| ☐ Not so far as I know. | ☐ Yes. Name:_____ |
|---|---|
| | Address:_____ |
| | owes me $_____ because: _____ |

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_____         _____
Date                                     Signature of Defendant/Judgment Debtor

## <u>DO NOT</u> FILE A COPY OF THIS FORM WITH THE COURT.

Return the completed form to the person or company that sent it to you no later than 30 days after you receive it. If you do not, you may have to come to court to answer questions about your assets and income. If you then fail to come to court, the court may issue a body attachment and you could be arrested for contempt.

Please attach copies of the following, if you have them or can get them:
- A copy of your last pay stub.
- A copy of your last THREE (3) bank statements for each account you have.
- A copy of your tax return, for the most recent tax year that you filed a return, within the past THREE (3) years.

### Web-based and in-person resources:
- Maryland Court Help Centers 410-260-1392
- www.mdcourts.gov/helpcenter
- www.peoples-law.org

☐ **Mark this box if this form contains Restricted Information.**

**CIRCUIT COURT FOR** Baltimore County _____, **MARYLAND**

City/County

Located at 401 Bosley Ave Towson 21204

Court Address

Case No. _____

| EVAN RANDALL HUGGINS TRUST © | | ROUNDPOINT MORTGAGE SERV. CORP. |
|---|---|---|
| Plaintiff | vs. | Defendant |
| c/o 1001 Frederick Rd. Ste 3166 | | 446 WRENPLACE Rd |
| Address | | Address |
| Catonsville Md. [21228] | | FORT MILL SC 29715 |
| City, State, Zip | | City, State, Zip |
| Telephone Number | | Telephone Number |

## MOTION
### (Md. Rule 2-311)

**MDEC counties only: If this submission contains Restricted Information (confidential by statute, rule or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission, and check the Restricted Information box on this form.**

I, EVAN R. HUGGINS TRUST © _____, ☒ plaintiff ☐ defendant, move that the court grant the

Name

following request in the above-referenced matter:

EMERGENCY MOTION TO STAY; And ORDER to restrain

_____

_____

_____

*(Continue to page two (2) if in need of additional writing space.)*

**Currently scheduled** ☒ **hearing** ☐ **trial date and time:** _____

☒ Grounds and authorities: 12 cC.F.R § 1024.35

☐ Request for hearing.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

| c/o 1001 Frederick Rd. Ste 3166 | Authorized Rep. U.C.C. § 3-402 |
|---|---|
| Date | Signature of Party |
| Catonsville Md. [21228] | |
| Address | Printed Name |
| City, State, Zip | Telephone Number |
| E-mail | Fax |

### Certificate of Service

I certify that I served a copy of this motion upon the following party or parties by ☒ mailing first class mail, postage prepaid, ☐ hand delivery, on 7/26/22 to:

Date

| MARK S. ZEIDMAN | 446 WRENPLACE RD |
|---|---|
| Name | Address |
| ROUNDPOINT MORTGAGE SERV. CORP. | FORT MILL, SC 29715 |
| Name | City, State, Zip |
| | PO BOX 19789, |
| | Address |
| | Charlotte NC 28219 |
| July 25th 2022 | City, State, Zip |
| Date | Signature of Party |

Case No. _____

## MOTION, CONTINUED

SEE ATTACHED MOTION

July 25ᵗʰ 2022
Date

Signature of Party

**MOTIO**

## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | |
|---|---|
| *EVAN RANDALL HUGGINS TR.©,* | * |
| | * |
|     Plaintiff | * |
|     Secured Party, | * |
| | * |
| v. | *      CASE NO. |
| | * |
| ROUNDPOINT MORT. SERV. | * |
| *CORP. et al.,* | * |
| | * |
|     Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

---

## <u>EMERGENCY MOTION TO STAY FORECLOSURE SALE</u>

COMES NOW Plaintiff EVAN RANDALL HUGGINS TRUST© , by and through its Agent, a Secured Party lienor, the private real party in interest, Evan-Randall: of the Huggins Family© and his third-party intervening Authority vested into the official duties to the Trust office under the duly appointed acting Trustee, Authorized Representative (hereafter "Plaintiff"), requesting that pursuant to Maryland Rule 14-211, This Court enter into the record this motion against ROUNDPOINT MORTGAGE SERVICING CORPORATION *et al.* to stay the potential dispute resulting in a "competing interest foreclosure sale proceeding" in error of Plaintiff's investment property, to which there is no preexisting cloud upon title, whereas the controversy currently remains unscheduled and with no liability conceded and in support thereof states as follows:

N.Y.D.O.S. ERH-02212019-001                                                  Pg. 1 of 9

1) Plaintiff in this case had satisfied the alleged dispute of trustee appointment and its attempts to extort credit transfer from a nonparty to contract on sale terms of alleged debt obligation, wherein Plaintiff tendered full payment in good faith, with clean hands, and in good standing during its investigative audit into the settlement of accounts, thereby averting the potential in a controversial foreclosure sale of the Defendant's alleged notion of real property, which it has no verified public security interest in, which remains held by the Plaintiff, who is the first titled Secured Party in care of the EVAN R. HUGGINS© Trust at 5942 TALBOT STREET WOODLAWN MD 21207 hereafter (the "property secured") for an unspecified date and time on behalf of ROUNDPOINT MORTGAGE SERVICING CORPORATION *et al.,* (the "debt collections servicer") on the alleged mortgage claim which there is no public evidence supporting that it is legally and factually attached to the secured property nor the applicable settlement interests held by the Trust. To represent the Plaintiff's claims, the initial Legal Notice Of Error, NY State D.O.S Consumer Complaint form [attached], Notice of Signature Recission [for resultant failures to- proof claims], Perogative Counterclaim *by verified writ of entry of default* Legal Notice of Non-Re Second Request for ocumented Authorities, and Legal Notice of Failure in Non-Response & Cease and Desist, Which have been duly executed served upon the parties, and verified in receipt [see attached certificates with evedence].

2) Plaintiff states in satisfaction of Maryland Rule 14-211(a)(3)(F), the imminent sale liablility date now threatens Plaintiff's ability to receive a fair and accurate review of the certified audit trail of Defendant's alleged client information records resulting

from service of an initial Legal Notice Of Error by the Plaintiff, thus compelling Plaintiff to bring this motion for stay with a preceeding matter of entry of default on the Defendants – citing their failures to adhere to actual governmental regulations in violation of public lawful security interests and applicable protections after being paid under extortionate means; as codified in: Real Estate Settlement Procedures Act (RESPA) Federal Law and Regulations and the UNITED STATES Codes: 12 eC.F.R. § 1024.35(b); (3); (4); (5); (11), 12 eC.F.R. § 1026.18 & 12 eC.F.R. § 1026.36 [errors cited within referenced Qualified Written Request [Notice Of Error mailed by Claimant and confirmed available for pick up since June 10th 2022] also Articles 8 and 9 of the Uniform Commercial Code.

3) In satisfaction of Maryland Rule 14-211(a)(2)(A)(i) and UNITED STATES Code Title 12 Chapter 27 § 2605(E) Duty Of A Loan Servicer To Respond To Borrower Inquires. Whoever fails to comply with any provision of this section shall be liable to the borrower for each such failure pursuant to 12 U.S.C. 27 § 2605(f)(1)(A); (B) this motion is supposed by affidavits of service attached and attached eveidence of claim respectively.

4) The Plaintiff has served numerous formal inquiry documents concerning federal auditing obligations to the Defendants's representatives, supervisors, and Executive Officers but it finds that the specific answers without reservation to the conditions of the formal correspondences are left unreturned and unaswerable in five (5) days not to exceed seven (7) days as the anticipated arrangement terms and conditions of error

correction in thirty days (30) leading to full satisfaction are now considered delinquent in accordance with RESPA, the UNITED STATES Codes, the Federal Rules Of Civil Procedure, STATE OF MARYLAND Code, and all applicable federal laws which include those listed as cited under Title 12 U.S.C. 27 § 2605(e)(1)(A), 12 eC.F.R. § 1024.35(a), MD Real Prop Code § 7-105.1 (2015)(a)(3)(i)(ii)(11)(i)(12)(b) (i)(ii)(2)(i)(1)(c)(1)(2)(17)(18)(19)(e)(B)(2)(i)(ii)(iii)(iv), the Financial Accounting Standards Advisory Board (F.A.S.A.B.) Generally Accepted Accounting Principles (G.A.A.P.) matching principle rule; Truth In Lending Act Of 1968 Regulation Z, and 12 eC.F.R. § 1026.18(b)(3), 12 eC.F.R. § 1024.35(f)(2) or 12 eC.F.R. § 1024.35(g) (2), Title 18 U.S.C. § 8 – Obligation Or Other Security Of The United States Defined, Title 18 U.S.C. § 402  – Contempts Constituting Crimes, Title 18 U.S.C. § 892 – Making Extortionate Extensions Of Credit, Federal Rules Of Civil Procedure Rules 4(a)(1)(2)(c)(1)(2)(3)(e)(C)(h)(m)(n), Rule 4.1(a)(b), Rule 5(A)(B)(C)(D)(E)(2)(F)(3) (c)(d)(1)(A)(2)(A)(B)(3)(A)(B)(4), Rule 12(A)(i)(ii)(B)(C)(4)(A)(B)(b)(1)(2), Rule 13(a)(c)(g), and Rule 62(a) Rule B(1) Rule C(1)(2)(b)(i)(ii)(5)(a).

5) Plaintiff asks for a stay of the foreclosure sale so that they may have requisite time to assert the entry of default claim against the Defendants for failing to make timely responses or offer a opportunity for the financial accounting record to be inspected for interrogatories asked in light of the conditions specified in the certified mailings and contempt of show cause order is had where none were returned and payment confirmation receipt was delivered and criminally accepted despite their

representative's and supervisors complicit acknowledgment to the fact that no account ever having existed in the company records could be found after a "thourough search of records" as stated to be the case by the Defendant in e-mail correspondence. The Plaintiff references *Chagas v. United States*, 369 F.2d 643 (5th Cir. 1966), *Waffenschmidt v. Mackay*, 763 F.2d 711 (5th Cir. 1985).

6) If This Court finds that there was insufficient time prior to an anticipated attempt to initiate a foreclosure sale date by July 29, 2022 or thereafter, to schedule a hearing on the merits of this motion, Maryland Rule 14-211(c) permits the entry of "an order that temporarily stays the sale on terms and conditions that the court finds reasonable and necessary to protect the property and the secured interests of the Plaintiff's actual cash value investments."

7) Another collateral action involving the secured property of which the Plaintiff is aware, is subject to occur in the Plaintiff's attempt to recover the capital loss under affidavit it incurred as a result of such equitable malfiesance and financial misappropriations which it has not recouped the just and lawful compensatory benefits of – in truth. No legitimate public interest of the Defendants is had in the matter of the secured property as evidenced by the: Claimants Proof of Claim [attached], Verified Security Intrest Filings held on record with the N.Y. State Department of State UCC Division, and lack of any record from the defendant in verification ROUND POUNT MORTGATE SERVICING CORPORATIONS alleged assignment [to-date NO Title or Intrest marks presently exists on the Maryland Land

Records to verify ROUNDPOINT MORTGAGE SERVICING CORPORATION as a party of priority, or a party of intrest at-all, whatsover].

WHEREFORE, Plaintiff respectfully requests that This Court Stay the anticipated controversy of foreclosure sale carried out by theives of the secured property which may be tentatively scheduled for an act of eviction to be made enforceable in error, on or around the date in question of July 29, 2022 at an unspecified time, and further This Court may grant such other intervening relief as This Court may deem appropriate.

# LEGAL

# SIGNATORY AUTHORITIES

Respectfully submitted for filing into This Court on the 22nd day, in the month of July, and of the year 2022 C.E., this motion is submitted and certified as a factual matter at hand between the ROUNDPOINT MORTGAGE SERVICING CORPORATION *et al.*, Defendants, and the EVAN R. HUGGINS TRUST©, Plaintiff, and is hererby made as authorized for execution under the executive powers and authorities granted and vested in the seat of the duly

appointed Trustee (TTEE) and his Assignment duties to the seat of the Trust Settlor's Family

Office of the EVAN R. HUGGINS TRUST©, an Irrevocable Trust established and recorded on

the date of February 21, 2019 with the New York Department of State Division of Corporations.

Respectfully,

From The Desk Of The Evan-Randall: Huggins© Family Trust Office

*Secured Party of Record,* Private Representative

AGENT | P.O.A.I.F. Reservation of Rights Protected. Copyright 2022.

**U.C.C. Article 1-103.6 | U.C.C. Article 1-308 | U.C.C. Article 3-402 | U.C.C. Article 9**

From The Desk Of The Evan-Randall: Huggins© Family Trust Office

*Secured Party of Record,* Private Representative

TTEE | AUTH. REP. Reservation of Rights Protected. Copyright 2022.

**U.C.C. Article 1-103.6 | U.C.C. Article 1-308 | U.C.C. Article 3-402 | U.C.C. Article 9**

**Notory Acknowledgement**
*Notary Does Not Release Jurisdiction*

Witness Jurat

on _MARYLAND_ State}
in _BALTIMORE_ County}

_CRAIG S. Lofton_ Subscribed and sworn to be before me, a public notary, the above signed Evan Randall of the Huggins Family©, known to the public and identified as EVAN R. HUGGINS© and such did sign and seal these Witness Testimonies of fact in the form of an [Affidavit, Statment, Claim. or Complaint]. And such has occurred in my presence and  affirmed the same in my sight, whereupon I affix my signature and seal as testimony to these facts.

This [day]_ 26th

of [month]_ July

[in the] Year _2022_

My Com Exp. _Sept 10, 2023_



## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | | |
|---|---|---|
| *EVAN RANDALL HUGGINS TR.©,* | * | |
| | * | |
| Plaintiff | * | |
| Secured Party, | * | |
| | * | |
| v. | * | CASE NO. |
| | * | |
| ROUNDPOINT MORT. SERV. | * | |
| *CORP. et al.,* | * | |
| | * | |
| Defendants. | * | |

\*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*

### ORDER

Upon consideration, the Claimant/Plaintiff's Emergency Motion to Stay any pending or future Foreclosure Sale, it is hereby:

ORDERED on this_____26ᵗʰ_____day of _____July_____,  2022  that  the Claimant/Plaintiff's Emergency Motion To Stay Foreclosure Sale is GRANTED (pursuant to 12 eC.F.R. § 1024.35), It is further ORDERED that DEFENDANT ROUNDPOINT MORTGAGE SERVICING CORPORATION Restrains from any further attempts to harass, in the form of but with no intent to limit: solicitation (Phone, Email, or Postage), extortion, coercion, threats, or any other attempts use force or accost in coordination with state agencies. Any pending or future foreclosure sale on the property at 5942 TALBOT ST. BALTIMORE MD 21207 (which may be unlawfully entered by criminal attempts to circumvent justice), at the discretion Claimant/Plaintiff shall not be resolved before July 29, 2022 and is hereby STAYED.


_____
JUDGE

N.Y.D.O.S. ERH-02212019-001                                                     Pg. 9 of 9

☒ **Mark this box if this form contains Restricted Information.**

**CIRCUIT COURT FOR** Baltimore County _____, **MARYLAND**
City/County

Located at   401 Bosley Ave 21204 _____   **Case No.** _____
Court Address

Debtor:  ROUNDPOINT MORTGAGE SERVICING CORPORATION _____

## PROOF OF CLAIM
### (Md. Rule 13-401(c))

**MDEC counties only: If this submission contains Restricted Information (confidential by statute, rule or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission, and check the Restricted Information box on this form.**

**Read the instructions before filling out this form. This form is for making a claim for payment of pre-petition claims. Do not use this form to make a request for payment of an administrative expense.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice that you received regarding the commencement of this case.**

### Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | **EVAN RANDALL HUGGINS TRUST©** Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor   ROUNDPOINT MORT. SERV. CORP. | |
| 2. **Has the claim been acquired from someone else?** | ☐ No ☒ Yes. From whom? _____   EVAN R HUGGINS | |
| 3. **Where should notices and payments to the creditor be sent?** | **Where should notices to the creditor be sent?** EVAN RANDALL HUGGINS TRUST© Name | **Where should payments to the creditor be sent?** (if different) _____ Name |
| | 1001 Frederick Rd, Ste 3166 Number          Street | _____ Number          Street |
| | Catonsville    Maryland    [21228] City          State    Zip Code | _____ City          State    Zip Code |
| | Contact phone   Private [Reserved] | Contact phone _____ |
| | Contact e-mail   avx10565@gmail.com | Contact e-mail _____ |
| 4. **Does this claim amend one already filed?** | ☒ No ☐ Yes.    Filed on _____ MM / DD / YYYY | |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No ☐ Yes. Who made the earlier filing? _____ | |

Case No. _____

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☐ No<br>☒ Yes. Last four (4) digits of the debtor's account or any number you use to identify the debtor  3  0  8  9 |
| 7. | **How much is the claim?** | $ ___498,050.87___   **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim.<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Convertible credit extension in par value equity exchange in consideration for actual cash value. |
| 9. | **Is all or part of this claim secured?** | ☐ No<br>☒ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☒ Real estate.<br>☐ Motor vehicle.<br>☒ Other. Describe: ___Titled realty investment property asset held in Land Trust.___<br><br>**Basis for perfection:** UCC-1 #201902218077919, Trust Private Security Agreement; UCC-3 #202206270272936; 1099A-Acq. Of Secured Settlement;<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $  287,000.00<br>**Amount of the claim that is secured:** $  219,200.00<br>**Amount of the claim that is unsecured:** $  278,850.87<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $  498,050.87<br><br>**Annual Interest Rate** (when case was filed)  4.75  %<br>☒ Fixed<br>☐ Variable |
| 10. | **Is this claim based on a lease?** | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. | **Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes. Identify the property: _____ |

Case No. _____

| | | |
|---|---|---|
| **12. Is all or part of the claim entitled to priority?** | ☐ No<br><br>☒ Yes. Check one: | |
| | | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | (1) Wages of an employee and health, welfare, and pension contributions contracted for in place of wages, earned not more than three (3) months before the assignment or institution of the insolvency proceeding; | $ |
| | (2) Lien claims of the State, a county, municipal corporation, or other political subdivision of the State perfected or recorded before the assignment or institution of the insolvency proceeding, and claims of persons having judicial liens on property of the insolvent recorded more than four (4) months before the assignment or institution of the insolvency proceeding; | $ |
| | (3) Unsecured claims of individuals, to the extent of $900 for each individual, arising from the deposit, before the commencement of the case, of money in connection with the purchase, lease, or rental of property, or the purchase of services, for the personal, family, or household use of the individuals, that were not delivered or provided; | $ _____ |
| | (4) Rent for any interest in real property in the State due not more than three (3) months before the execution of the assignment or institution of the insolvency proceeding; | $ _____ |
| | (5) Charges in connection with the transportation of goods advanced by one common carrier to another on behalf of a consignor or consignee not more than three (3) months before the assignment or institution of the insolvency proceeding; | $ _____ |
| | (6) Taxes not included in paragraph (2) of this subsection; and | $ _____ |
| | (7) Other priority not listed above.<br>Identify basis: The actual advance / cash value of the Note | $ 219,200.00 |

Case No. _____

**Part 3: Sign Below**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the assignee, receiver, debtor, or their authorized agent.

☐ I am a guarantor, surety, endorser, or other codebtor.

I understand that an authorized signature on this proof of claim serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.

Executed on date  07 / 23 / 2022
                    MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

Name            :Evan-Randall: of the Huggins Family©
          First name           Middle name              Last name

Title      Private Personal Representative; Authorized Agent

Company       EVAN RANDALL HUGGINS TRUST©
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   1001 Frederick Rd. Ste 3166
          Number              Street

          Cantonsville              Maryland      near [21228]
          City                     State      Zip Code

Contact phone      [Reserved]      E-mail    avx10565@gmail.com

**PROCL**



STATE OF NEW YORK
DEPARTMENT OF STATE
ONE COMMERCE PLAZA, 99 WASHINGTON AVENUE
ALBANY, NY 12231-0001

KATHY HOCHUL
GOVERNOR

ROBERT J. RODRIGUEZ
SECRETARY OF STATE

# FILING ACKNOWLEDGMENT
July 6, 2022

:EVAN-RANDALL: OF THE FAMILY HUGGINS
C/O 5942 TALBOTT STREET
WOODLAWN MD 21207

—

Attached is the acknowledgment copy of your recently submitted filing. This filing consists of a total of 52 pages; however, only the first page of the filed document is returned as part of this acknowledgment. This document has been filed with the New York State Department of State, Uniform Commercial Code Division.

The Financing Statement Amendment has been assigned Filing Number:202206270272936 , Filing Date:06/27/2022 . This document has been appended to initial Financing Statement Filing Number: 201902218077919, which was filed on 02/21/2019. The initial Financing Statement will lapse on 01/01/9999 unless continued.

If you have any concerns regarding the way this document is recorded, please contact one of our Customer Service Representatives at (518) 473-2492, or respond in writing to the UCC Data Processing Unit at the address indicated above.

Sincerely,

Uniform Commercial Code Division
Data Processing Unit

REF #: 301461

06/27/2022 07:20

TITLE 651-895-5068

P 3

301461

2022 JUN 27 AM 9: 15

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

:Evan-Randall: Of The Family Huggins©
c/o 5942 Talbott Street [private description]
Woodlawn Maryland [21207]
[unincorporated]
{foreign to federal zone - Title 28 U.S.C. § 1746 (1)}

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the ☑ REAL ESTATE RECORDS. |
|---|---|
| 201902218077919 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 7a or 7b. ☑ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| EVAN R HUGGINS | | | ens legis |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR THE UNITED STATES DEPARTMENT OF TREASURY | | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE N.W. | WASHINGTON | DC | 20220 | US |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | Not Applicable | Bureau of Fiscal Serv. | DISTRICT OF COLUMBIA | D-U-N-S: 003254885 | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

Pursuant to Public Policy 73-10 (P.L.10), this instrument is to be collateralized for real property asset transfer pledged to the actual verified Buyer in Trust, the Grantee of the first part so named in fee simple to create a close nexus recordation of the secured commercial financial transactions security financing agreement interests on the Purchase Money Deed of Trust Title of this property: Appraised Value $287,000.00; Sales Price $274,000.00; Original Principal Buyer's Credit Balance $219,200.00. Parcel Id: 01-0107581201 MD DOCUMENT No. 36282-407 Coordinates Lat: 39.296617 Long: -76. District 01 Property Tax Id No. 0107581201 & 0104000478 Grantor Liber/Folio 36282/407 Plat Ref. 36282/407 TALBOTT STREET.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Huggins© | :Evan-Randall: | | TTE |

10. **OPTIONAL FILER REFERENCE DATA**
Authorized Representative, TTEE & MTA, Responsible Party, Rule 24 FED. RUL. CIV. P.

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**FILING NUMBER: 202206270272936**

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

:Evan-Randall: Of The Family Huggins©
c/o 5942 Talbott Street [private description]
Woodlawn Maryland [21207]
[unincorporated]
{foreign to federal zone - Title 28 U.S.C. § 1746 (1)}

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. ☑ |
|---|---|
| **201902218077919** | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only **one** of these two boxes.
Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☑ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **EVAN R HUGGINS** | | | |
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | **ens legis** |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **THE UNITED STATES DEPARTMENT OF TREASURY** | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1500 PENNSYLVANIA AVENUE N.W.** | **WASHINGTON** | **DC** | **20220** | **US** |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | **Bureau of Fiscal Serv.** | **DISTRICT OF COLUMBIA** | **D-U-N-S: 003254885** ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only **one** box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

**Pursuant to Public Policy 73-10 (P.L.10), this instrument is to be collateralized for real property asset transfer pledged to the actual verified Buyer in Trust, the Grantee of the first part to secure a close nexus recordation of secured commercial financial transactions security financing agreement interests on the Purchase Money Deed of Trust Title of this property: Appraised Value $287,000.00; Sales Price: $274,000.00; Original Principal Buyer(s) Credit Balance $219,200.00. Parcel Id: 01-0107581201 MD DOCUMENT No. 36282-407 Coordinates Lat: 39.296617 Long: -76.72550 District 01 Property Tax Id No. 0107581201 & 0104000478 Grantor Liber/Folio 36282/407 Plat Ref. 36282/407 5942 TALBOTT STREET.**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | **Huggins©** | **:Evan-Randall:** | | **TTEE** |

10. OPTIONAL FILER REFERENCE DATA
**Authorized Representative, TTEE & MTA, Responsible Party, Rule 24 FED. RUL. CIV. P.**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

201902210877919

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | 12a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | Huggins© | :Evan-Randall: | TTEE |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

In parity with Title 18 U.S.C. § 8, this financial instrument tender is a private banker's acceptance M2 remittance asset secured by the UNITED STATES OF AMERICA with Full Faith in Credit of the American People and is convertible equity for the purchase Note debt instrument obligation in full consideration of governmental net outlay costs and to settle and reconcile all commercial bookkeeping entries accounts of the real estate transaction mortgage ledger loan #2107002403 entailed by description contained herein and for the unredeemed credit in gold and silver specie of the same pecuniary value for Federal Reserve Notes payable on demand deposit for collections accounts recievable under House Joint Resolution 192 and Senate Resolution No. 62. This security instrument is a write down Superior secured interest claim to the Deed Title by adverse possession insured against the actual budget and accrual defaults of the UNITED STATES concerning obligations of the UNITED STATES secured and entered into by the named funding corporation and any associated parties therein. The Transmitting Utility on file is now amended and revoked by Congressional Acts of federal legislation. Full acceptance for value is made to reduce the public deficit regarding this commercial activity transaction in lawful currency of the UNITED STATES OF AMERICA created and securitized by indebtedness of instruments listed for presently occuring investment stock exchange sales intended by the Holder of the Note MERS HOLDING INC. MIN: 100053601316530095 pursuant to Public Law 89-719, 48 Ch. 48 Stat. 112, Title 67 Public Statutes At Large, Title 12 U.S.C. § 411, Title 31 U.S.C. § 451-455, Title 31 U.S.C. § 5118(d)(2). These are certified funds available of fungible, non-negotiable commercial financial transactions security interest credit lien for the Claimant's legal tender insurance deposit against risk-loss accounting as a metered installment to hedge and mitigate risk by prevention of a captive reinsurance incurrence of liabilities premiums assessable by cloud upon title after the recordation of change in security interest to amend the accounting bugetary record for repurchase clearing and settlement of the real property outlined and described herein.

[Notice: All U.C.C.-3(s) Attachments are explicit copyrighted material of EVAN RANDALL HUGGINS TRUST© and liened upon the sum certain amount not to exceed $500,000.00]

BEING KNOWN AND DESIGNATED AS LOT NOS. 69, 70, 71, AND 72, BLOCK 9, PLAT 1 AS SHOWN ON THE PLAT OF CATONSVILLE MANOR, WHICH PLAT IS DULY RECORDED AMONG THE LAND RECORDS OF BALTIMORE COUNTY IN PLAT BOOK W.P.C. 6, FOLIO 169

Lot: 69 Block: 9 District: 01 Map Ref: 95 14 185 Abbreviated Description: LOT:69 BLK:9 DIST:01 LTS 69,70,71 & 72 NES TALBOTT ST CATONSVILLE MANOR MAP REF: 95 14 185

Mail Address: 5942 TALBOTT STREET, BALTIMORE MD 21207

Assessor Parcel Number 01-0107581201

Census Tract: 4011.01



---

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

**UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

14. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

**201902218077919**

15. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

15a. ORGANIZATION'S NAME

OR

| 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| **Huggins©** | **:Evan-Randall:** | **TTEE** |

16.MISCELLANEOUS

**U.C.C. Article § 1-308; U.C.C. Article § 3-402; U.C.C. Article § 1-103.6; U.C.C. Article 9**

**[Form 56 "Fiduciary"; Ref. Public Policy 73-10; Title 31 U.S.C. §§ 301, 321 & 3301]**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

17. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only <u>one</u> name (17a or 17b) - do not abbreviate or combine names

17a. ORGANIZATION'S NAME

OR **POLUNSKY BEITEL GREEN, L.L.P**

| 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **17806 IH 10 WEST STE 450** | San Antonio | TX | 78257 | US |

| 17d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 17e. TYPE OF ORGANIZATION | 17f. JURISDICTION OF ORGANIZATION | 17g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | **LEGAL** | **UNITED STATES** | ☐ NONE |

18. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only <u>one</u> name (18a or 18b) - do not abbreviate or combine names

18a. ORGANIZATION'S NAME

OR **PRIMELENDING A PLAINS CAPITAL COMPANY**

| 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **18111 Preston Road Ste 900** | Dallas | TX | 75252 | US |

| 18d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 18e. TYPE OF ORGANIZATION | 18f. JURISDICTION OF ORGANIZATION | 18g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | **LESSEE** | **UNITED STATES** | **Loan Orig Identifier 13649** ☐ NONE |

19. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only <u>one</u> name (19a or 19b) - do not abbreviate or combine names

19a. ORGANIZATION'S NAME

OR **ROUNDPOINT MORTGAGE SERVICING CORPORATION**

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. BOX 19789** | Charlotte | NC | 28219 | US |

| 19d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 19e. TYPE OF ORGANIZATION | 19f. JURISDICTION OF ORGANIZATION | 19g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | **SERVICER** | **UNITED STATES** | **N.M.L.S. ID #18188** ☐ NONE |

20. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only <u>one</u> name (20a or 20b)

20a. ORGANIZATION'S NAME

OR

| 20b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

21. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only <u>one</u> name (21a or 21b)

21a. ORGANIZATION'S NAME

OR

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY (FORM UCC3AP) (REV. 05/22/02)

**Notary Acknowledgement**
*Notary Does Not Release Jurisdiction*

Witness Jurat

on _MARYland_ State}
in _Baltimore_ County}

_Craig S. Lofton_ Subscribed and sworn to be before me, a public notary, the above signed Evan Randall of the Huggins Family©, known to the public and identified as EVAN R. HUGGINS© and such did sign and seal these Witness Testimonies in the form of a UCC3 Ammendment with attachments. And such has occurred in my presence and affirmed the same in my sight, whereupon I affix my signature and seal as testimony to these facts.

This [day] _5/30/22 5TH_

of [month] _MAY_

[in the] Year _2022_

My Com Exp. _Sept 10, 2023_

Seal[s]

**CIRCUIT COURT FOR** Baltimore County (CC)                      , **MARYLAND**
City/County

Located at 401 Bosley Ave Towson 21204                Telephone _____
Court Address

EVAN RANDALL HUGGINS TRUST ©          vs.      ROUNDPOINT MORTGAGE SERV. CORP.
Plaintiff                                                    Defendant

## NOTICE OF LIS PENDENS
### (Md. Rule 12-102(b))

You are notified that on 26th June 2022 _____ the suit in _____
Date                                                        Case Number

was instituted in the circuit court for _____ Baltimore _____.
City/County

The following described real property is involved in this suit, namely, properly situated in

_____ Baltimore _____ and described as:
City/County

BEING KNOWN AND DESIGNATED AS LOT NOS. 69,70,71,72 BLOCK 9, PLAT 1 AS SHOWN ON THE
Give address and the full legal description of real property.

PLAT OF CATONSVILLE MANOR, WHICH PLAT IS DULY RECORDED AMONG THE LAND RECORDS

OF BALTIMORE COUNTY IN PLAT BOOK W.P.C. 6, FOLIO 169 TALBOTT ST CATONSVILLE

The nature of the lien, right, or interest sought to be established or enforced is:

SECURITY INTEREST claims as evidenced in STATE OF NEW YORK DEPARTMENT OF STATE

File # 202206270272936 REF # 301461 [attached to proof of claim].


7/26/22 _____                    _____ Evan Randall Huggins _____ ©ret-30-p
Date                                     Signature of Plaintiff/Attorney        Attorney Number

                                        :Evan-R: Huggins © Auth Rep, U.C.C. 3-402
                                                   Printed Name

                                        c/o 1001 Frederick Rd Ste 3166
                                                   Address

                                        Catonsville Maryland [21228]
                                                   City, State, Zip

                                        _____
                                                   E-mail

                                        _____
                                                   Telephone

**CC-CV-082** (Rev. 06/2022)

©Huggins :Evan-Randall:
c/o EVAN R. HUGGINS TRUST
1001 Frederick Rd.,  STE 3166
[private description]
near Catonsville, MD  [21228]
[foreign to federal zone Title 28 U.S.C. § 1746(1)]

EVAN R. HUGGINS et. al., Secured Party

## BALTIMORE COUNTY CIRCUIT COURT
## STATE OF MARYLAND COUNTY OF BALTIMORE

| | |
|---|---|
| EVAN R. HUGGINS© et al., | ) Case No.: T.B.A. By Assignment |
| Plaintiffs, | ) |
| | ) [PROPOSED] NOTICE OF PENDENCY |
| vs. | ) OF ACTION |
| | ) Date: JULY 26, 2022 |
| ROUNDPOINT MORTGAGE SERVICING | ) Court: STATE OF MARYLAND |
| CORPORATION et al., | ) BALTIMORE COUNTY |
| | ) Time: 08:30 A.M. |
| | ) |
| Defendants, | ) Date Complaint Filed: JUNE 27 , 2022 |
| | ) Trial Date: T.B.A. |
| | ) |

The NOTICE HEREBY GIVEN of PLAINTIFF, Evan-Randall: Huggins, Family Office Manager TTEE, R.P., M.T.A. for the EVAN R. HUGGINS© Trust [Secured Party] et al. Non-Citizen National in accordance with Title 8 U.S.C. § 1452, Title 8 U.S.C. § 1101 A(21), and Title 18 U.S.C. § 112(c) that an action has been commenced in the Circuit Court for the County of Baltimore in the above-entitled court, Case No. ___TBA___ , concerning real property and affecting the possession of and title to real property by Plaintiff EVAN R. HUGGINS TRUST© et al., against Defendants: ROUNDPOINT MORTGAGE SERVICING CORPORATION et al. The real property, comprising the subject matter of this action is certain real property located within the county of BALTIMORE, 5942 Talbott Street Woodlawn Maryland 21207, Assessor's Parcel Number [Specify APN]. The mentioned parcel of real property is located within the State of Maryland and is legally described as follows:

---

PROPOSED ORDER TO :     LIS PENDENS

1

BEING KNOWN AND DESIGNATED AS LOT NOS. 69,70,71,72 BLOCK 9, PLAT 1 AS SHOWN ON THEPLAT OF CATONSVILLE MANOR, WHICH PLAT IS DULY RECORDED AMONG THE LAND RECORDS OF BALTIMORE COUNTY IN PLAT BOOK W.P.C. 6, FOLIO 169 TALBOTT ST CATONSVILLE MANOR MAP REF: 95 14 185 – Mail Address: 5942 Talbott St Baltimore Md [21207] APN: 01-0107581201

Evan-Randall: Huggins appears Specially, sui juris in propria persona for the named PLAINTIFF EVAN R. HUGGINS© et al., alleged Grantor of Trust for PRIMELENDING, A PLAINSCAPITAL COMPANY, for ROUNDPOINT MORTGAGE SERVICING CORPORATION, DEFENDANT et al., which Respondents herein "Opposition" appears generally by counsel Allan B. Polunsky, ESQ of POLUNSKY BEITEL & , L.L.P., "the DEFENDANTS".

I am at all times herein mentioned over the age of eighteen years as of the date and time of this filing on Monday, June 20, 2022. I served a certified copy with record of Land Recordation office of the County on the form prescribed by the Circuit Court Administrator of the foregoing **NOTICE OF PENDENCY OF ACTION PURSUANT TO MD. R. CH. 100 § 12-102  (LIS PENDENS)** in this matter and effected service in the following manner.

[Space intentionally left blank]

---

PROPOSED ORDER TO :        LIS PENDENS

**BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED**:

I sealed and prepaid such envelope addressed as stated below, with certified fees thereon and return receipt requested, and placed it in the United States Postal Service located in Cantonsville, Maryland.

An envelope was addressed to each addressee as follows (*See* Attached Exhibit Notice Of Rescission Signature Consents and Trust Dissolution) for all ***Defendants*** named therein for the causes of this action.

I declare under penalty of perjury under the laws of Maryland that the foregoing is true and correct and that I could competently testify thereto if called upon to do so.

Date: _____ July 26, 2022

AS stated herein, the mailing was made by me within the public venue against the Defendants in support of the private Trust property of the EVAN R. HUGGINS Trust Family Office.

:Evan-Randall: Huggins© Trust Family Office, Agent Authorized Rep.
Special Diplomatic Consul

PROPOSED ORDER TO :      LIS PENDENS

3